**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of __Columbia__

TO: ⌐ Thomas R. Christense, Sr. Secure Inst'n. ⌐
Manager And On-Site BOP Representative
Rivers Correctional Institution
145 Parker's Fishery Road
PO Box 840
Winton, NC 27986-9763 ⌐

Civil Action, File Number __06-1954 HHK__

__Charles E Forrester, Jr__
V.
__Federal Bureau of Prisons, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the

06-1954  FRT  11-17-06

SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY

Complete items 1, 2, and 3. Also complete if Restricted Delivery is desired. ... on the reverse

A. Signature
X [signature]
☐ Agent
☐ Addressee

(Printed Name) | C. Date of Delivery

...ipt of Summons and Complaint By Mail was