UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES E. FORRESTER, JR, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS *et al.*, <br><br> Defendants. | Civil Action 06-1954  (HHK) |

## ORDER

This matter is before the Court on Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12 (b)(1) and (b)(6).  Plaintiff, who is proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509.  In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded."  Local Civil Rule 7(b).  Accordingly, it is this 22nd day of February 2007,

**ORDERED** that plaintiff shall respond to defendants' motion to dismiss by **March 26, 2007**.  If plaintiff does not respond by that date, the Court will treat the motion as conceded and may dismiss the complaint.

_____s/s_____
Henry H. Kennedy, Jr.
United States District Judge