UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES E. FORRESTER JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUREAU OF PRISONS, et al., )<br>)<br>Defendants. )<br>_____ ) | No. 06-1954 (HHK) |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendants Federal Bureau of Prisons, Harley Lappin, Scott Stermer, Harrell Watts, and Thomas Christenson, in their official capacity only, respectfully move for an enlargement of time to file a reply in support of their motion to dismiss.[1]  Defendants' reply is currently due March 26, 2007.  Defendant requests an enlargement of time until April 13, 2007, to file a reply.  In support of this motion, defendants state the following:

Since receiving plaintiff's opposition, counsel for defendant has had several other obligations making the completion of defendants' reply not possible.  These obligations include two motions for summary judgment in Rehabilitation Act and Title VII cases, an opposition to summary judgement in a FOIA case, a brief due in the D.C. Circuit, a reply brief due on March 30, 2007 in <u>Tri-State Hospital Supply Corp. v. United States</u>, currently pending before this Court, as well as other case-related obligations, including Court appearances and depositions.

The extension requested herein will permit counsel the time to complete a proper reply in support of defendants' motion to dismiss.  Because plaintiff is a prisoner, appearing here *pro se*,

---

[1] In making this motion for an extension of time, defendants do not waive any defense or defenses available to him under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

Local Rule 7(m) does not apply and the undersigned has not made efforts to contact him regarding this motion.[2]

March 26, 2007                                   Respectfully submitted,

                                              /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

                                              /s/
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

                                              /s/
JOHN F. HENAULT, D.C. Bar # 472590
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

**Certificate of Service**

I certify that on March 26, 2007, I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Charles Forrester
Reg. No. 09565-007
P.O. Box 630
Winston, NC 27986-0630

                                              /s/
                                    JOHN HENAULT, D.C. BAR # 472590
                                    Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES E. FORRESTER JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-1954 (HHK) |
| | ) |
| BUREAU OF PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**ORDER**

This matter comes before the Court on defendants' motion for an extension of time to file reply in support of their motion to dismiss. Upon consideration of the motion and the record herein, it is this ___ day of March 2007, hereby

ORDERED that defendants' motion is GRANTED. Defendants shall file their reply on or before April 13, 2007.

_____
Henry H. Kennedy
United States District Judge