UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES E. FORRESTER, JR,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF PRISONS *et al.*,<br><br>  Defendants. | Civil Action 06-1954  (HHK) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that defendants' motion to dismiss [Dkt. No. 10] is **GRANTED**; it is

**FURTHER ORDERED** that plaintiff's motion for class certification [Dkt. No. 5] is **DENIED**; and it is

**FURTHER ORDERED** that within 30 days of this Order, defendants shall supplement the record by addressing whether plaintiff is being deprived of any educational or vocational training programs at RCI in violation of 28 C.F.R. § 541.12 (10) and, if appropriate, moving for summary judgment.

_____s/s_____
Henry H. Kennedy, Jr.
United States District Judge

Date: September 12, 2007