IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES E. FORRESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 06-1954 (HHK) |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COURT'S ORDER

Pursuant to Fed. R. Civ. P. 6(b), the Federal Bureau of Prisons (BOP), the defendant, by and through the undersigned counsel, respectfully requests an enlargement of time up to and including November 14, 2007, to respond to the Court's order to supplement the record. The defendant's response is currently due on October 12, 2007. The reason for the enlargement is the following:

1.      On September 17, 2007, the undersigned counsel was assigned to the Civil Division. The plaintiff's case was one of many civil cases assigned to undersigned counsel. The undersigned counsel needs time to review the file and confer with agency counsel before filing a response.

2.      The defendant has not conferred with plaintiff, who is *pro se,* because plaintiff is incarcerated.[1]   An order granting the relief sought is attached hereto.

---

[1]   Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel."  It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements.  Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro*

1

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

---

*se* party)" to meet and confer prior to a scheduling conference.  LcvR 16.3(a).

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of October,  2007, I caused the foregoing to be served

by first class mail, postage prepaid, to plaintiff, *pro se*:

CHARLES E. FORRESTER, JR.
R 09565-007
Rivers Correctional Institution
P.O. Box 630
Winston, NC 27986


_____/s/_____
BLANCHE L. BRUCE
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CHARLES E. FORRESTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-1954 (HHK)** |
| | ) | |
| **FEDERAL BUREAU OF PRISONS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this _____ day of _____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that the defendant shall have up to and including November 14 , 2007, in which to respond to the Court's order.


Date _____          _____

                                  UNITED STATES DISTRICT JUDGE