## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CHARLES E. FORRESTER, JR.,**

        **Plaintiff,**

    **v.**                  **Civil Action No. 06-1954 (HHK)**

**FEDERAL BUREAU OF PRISONS, et al.,**

        **Defendants.**

## DEFENDANTS' SUPPLEMENTAL MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants move to dismiss Plaintiff's remaining claim that Rivers Correctional Institution does not provide "marketable vocational training" or "marketable vocational opportunities." Defendants refer this Court to the attached supplemental memorandum in support of its motion.

           Respectfully submitted,

           _____/s/_____
           JEFFREY A. TAYLOR, D.C. BAR # 498610
           United States Attorney

           _____/s/_____
           RUDOLPH CONTRERAS, D.C. BAR # 434122
           Assistant United States Attorney

           _____/s/_____
           BLANCHE L. BRUCE, D.C. BAR # 960245
           Assistant United States Attorney
           555 Fourth Street, N.W., Room E-4220
           Washington, D.C. 20530
           (202) 307-6078 (telephone)

Dated: November 5, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**CHARLES E. FORRESTER, JR.,**

**Plaintiff,**

**v.**                                                    **Civil Action No. 06-1954 (HHK)**

**FEDERAL BUREAU OF PRISONS, et al.,**

**Defendants.**


**SUPPLEMENTAL MEMORANDUM TO DEFENDANTS' MOTION TO DISMISS**

_____Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants move to dismiss Plaintiff's

remaining claim by supplementing the record with the following information.[1]

**Introduction**

Plaintiff alleges that Rivers Correctional Institution ("Rivers") does not provide him with

"marketable vocational training" or "marketable vocational opportunities." (Complaint at ¶¶ 25-

28).   This Court should dismiss Plaintiff's claim because 1) Rivers provides inmates with both

marketable training and educational opportunities; and 2) Plaintiff has participated in several of

Rivers' vocational and educational programs.

**Rivers has Marketable Training and Educational Opportunities**

Federal courts have established that inmates do not have a constitutional right to "desirable

aids to rehabilitation."   Rhodes v. Chapman, 452 U.S. 337 (1981); Archer v. Reno, 877  F.Supp.

---

[1]     The Court's September 12, 2007, Memorandum Opinion directed Defendants to
address Plaintiff's claim that there are not "marketable vocational training" programs for him at
Rivers, by supplementing the record. (Memorandum Opinion at 7).

1

372, 377 (E.D.Ky. 1995) ("There is no constitutional right to specific programs or "in not being transferred to another institution where the educational or vocational programs are less comprehensive."). Nonetheless, Rivers provides inmates with opportunities to assist their reentry into society.

Both marketable training and educational opportunities are available to Rivers inmates. Rivers provides Adult Basic Education, General Equivalent Diploma, Life Skills, Keyboarding, Computer Technology I and II, Woodworking, Workforce Transition, Corrections Learning Network, and Wheels for the World Program. Moreover, the education staff can assist inmates in obtaining funding for college-level or correspondence work. See Exhibit 2, Declaration of Thomas Christensen, ¶ ¶ 1 -2. Furthermore, inmates are made aware of the procedures for enrolling in training and education programming through inmate handbooks which are provided to them upon their arrival to the institution. See Exhibit 2, Rivers Correctional Institution Inmate Handbook, pp. 22-23.

Finally, Plaintiff's own acknowledgment that he has participated in several Rivers programs since his incarceration defeats his claim that he has no viable opportunities. In Exhibit 6 of the Plaintiff's Memorandum of Points and Authorities in Support of his Civil Complaint, Plaintiff acknowledges that he has completed Adult Continuing Education Correspondence (2 courses); Vocational Computer Technology (2 courses); Life Skills and a Commercial Driver Prep Course. All of these programs should be viewed as "marketable" for the purposes of reentry into the workforce.

**Conclusion**

For the above stated reasons, this Court should dismiss Plaintiff's remaining claim that Rivers does not provide him with "marketable vocational training" or "marketable vocational opportunities."

Respectfully submitted,

___/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

___/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

Dated: November 5, 2007

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November, 2007, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

CHARLES E. FORRESTER
R 09565-007
Rivers Correctional Institution
P.O. Box 630
Winton, N.C. 27986

_____/s/_____
BLANCHE L. BRUCE
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

4

# Exhibit 2

FOR THE DISTRICT OF COLUMBIA

Charles E. Forrester Jr.,             }
Petitioner                             }
                                     }
v.                                 }          Case Number 06-1945 (HHK)
                                     }
Thomas Christensen, et al.       }
Defendants                 }

## DECLARATION OF THOMAS CHRISTENSEN

In accordance with the provisions of 28 U.S.C. 1746, I, Thomas Christensen, do hereby make the following unsworn declaration, under penalty of perjury:

1.     I, Thomas Christensen, am presently employed by the United States Department of Justice as a Secure Institution Manager. My office is located at the Rivers Correctional Institution in Winton, North Carolina. I have been employed by the Bureau of Prisons since June of 1991 and have held this position since December of 2002. The Rivers Correctional Institution (Rivers) is a private prison operated by GEO Group, Inc. to house offenders from the District of Columbia and criminal alien inmates. It is my primary responsibility to monitor the GEO Group, Inc. to ensure it remains in compliance with its various contractual obligations to the Bureau of Prisons.

2.     As part of its rehabilitative agenda, Rivers offers a variety of educational and vocational programs to its inmate population. Those programs include but are not limited to Adult Basic Education, General Equivalent Diploma, Life Skills, Keyboarding, Computer Technology I and II, Woodworking, Workforce Transition, Corrections Learning Network, and Wheels for the World Program. Education staff can also assist inmates in obtaining funding for college-level or correspondence work.

2. Inmates informed of the contents of the documents and the location of their

Inmate Handbook (Rivers Inmate Handbook, pgs. 22-23).

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and belief.

Executed this $\underline{5^{TH}}$ day of November 2007.

_____

Thomas Christensen
Secure Institution Manager
Rivers Correctional Institution

# Rivers Correctional Institution



**The GEO Group, Inc.**

**Inmate Handbook**

Revised 10/05/06

# Rivers Correctional Institution

## Facility Local Information

Rivers Correctional Institution
145 Parkers Fishery Road
Winton, North Carolina 27986
(252)358-5200

## Directions to Facility

- North or South - I 95 to Roanoke Rapids, North Carolina
- From -I 95 Take Exit 173 onto 158 East
- Remain on 158 East, Through Jackson and Conway
- Approximately 8 miles after bypassing Murfreesboro, look for the white water tower on the left
- Turn left onto Parkers Fishery Road
- RCI is on the left

## Local Transportation

Taxicab Service:        Vaughan's Taxi (252)398-4454
                        104 Moore Street
                        Murfreesboro, North Carolina 27855

Bus Line:               Carolina Trailways (252)332-4444
                        304 West Main Street
                        Ahoskie, North Carolina 27910

# TABLE OF CONTENTS

Introduction & Unit Teams ............................................................................................... 1
General Functions of the Unit Staff ................................................................................. 2
Daily Inmate Life/Programs & Services ......................................................................... 3
Access to Legal Services ............................................................................................... ... 4
Problem Resolution/Freedom of Information/Privacy Act 1974 .................................... 5
Administrative Remedies ................................................................................................. 6
Release .............................................................................................................................. 7
Inmate Property/Mail & Correspondence ........................................................................ 8
Financial Management ...................................................................................................... 12
Correctional Services ....................................................................................................... 14
Visiting .............................................................................................................................. 15
Security Procedures .......................................................................................................... 19
Food Service ..................................................................................................................... 20
Laundry Service/Indigent Status/Hygiene Supplies ....................................................... 21
Education Programs ......................................................................................................... 22
Vocational Training/Recreation ....................................................................................... 22
Religious Services ........................................................................................................... 23
Health Services ................................................................................................................ 24
Medication Schedule ........................................................................................................ 25
Federal Bureau of Prisons Heath Care Rights & Responsibilities ................................. 26
Psychology Services/Sexual Abuse/Sexual Assault ...................................................... 29
Discipline Procedures ...................................................................................................... 30
Disciplinary ...................................................................................................................... 32
       Time Limits ...................................................................................... 33
       Rights & Responsibilities................................................................. 34
       Sanctions ......................................................................................... 45

# INTRODUCTION TO INMATE HANDBOOK

This Inmate Orientation Handbook will provide you with information about programs, operations, rules and regulations at the Rivers Correctional Institution. The handbook is a condensed version of information available to you from RCI and the Federal Bureau of Prisons Program Statements, RCI Policies, and Memoranda from the Administration and your Unit Team. It is your responsibility to seek clarification of any issues which you find unclear. This information will assist you in making a positive institutional adjustment. Feel free to ask any staff member for assistance, particularly members of your Unit Team.

Your designation to this institution by the BOP is based, in part, on your anticipated ability to function appropriately in a low-security facility. All inmates are expected to comply with direct orders given by all staff. Your strict compliance to the rules and regulations of this facility are essential to exhibiting the responsible behavior required here.

**This handbook is intended to be a guide. Changes in procedures may occur that affect this booklet. The inmate population will be informed of changes. Unit bulletin boards normally contain written communication of interest. Check bulletin boards frequently for changes. Unit staff are available to you.**

## UNIT TEAMS

### Orientation
Upon commitment, you will be assigned to a housing unit and will participate in an orientation program.

While in orientation, you will be informed about programs, services, policies, and procedures, you will undergo a case management and medical screening at the time of arrival. You will also be screened by the Mental Health staff. In addition, you will be assigned a Unit Manager, Case Manager, and Counselor.

### Unit Teams
Rivers Correctional Institution (RCI) utilizes a Unit Management System. A unit is a self-contained inmate living area that includes both housing sections and office space for unit staff. Each unit is staffed by Unit Teams directly responsible for those inmates living in that unit. The Unit Staff offices are located in the units so staff and inmates can be accessible to each other. The unit team includes the Unit Manager, Case Manager, Counselor and Unit Clerk. The Staff Psychologist, Academic Counselor, and Unit Clerk may participate in Unit Teaming. The resolution of institutional issues or matters are most appropriately initiated with your Unit Team. Unit Team members are available to assist in many areas, including release planning, personal and family problems, counseling, and assistance in setting and attaining goals while incarcerated.

1

# GENERAL FUNCTIONS OF THE UNIT STAFF

### Unit Manager
The Unit Manager is the administrative head of the general unit and oversees all unit programs and activities. The Unit Manager is the "Chairperson" of the unit team, reviews all team decisions, and may serve as a member of the Unit Disciplinary Committee.

### Case Manager
Your Case Manager is responsible for all casework services and prepares classification material, progress reports, release plans, correspondence and other materials relating to your commitment. The Case Manager serves as a liaison between the inmate, the administration, and the community. The Case Manager is a member of the Unit Disciplinary Committee.

### Counselor
The Counselor provides counseling and guidance in areas of institutional adjustment, personal difficulties and plans for the future. He/she plays a leading role in all segments of unit programs and is a member of the Unit Team. The Counselor is the individual to approach to help you solve daily problems.

### Unit Clerk
The Unit Clerk performs clerical and administrative duties.

### Unit Officer
Unit Officer has direct responsibility for the day-to-day supervision of inmates and the enforcement of rules and regulations. He/she has the safety, security and sanitation responsibilities of the unit.

### Unit Schedules
Ordinarily, a member of the Unit Team will be available at the institution from 7:30 a.m. to 4:00 p.m. Monday through Sunday. The unit bulletin boards display written communication of interest to inmates. Unit staff will assist with the resolution of inmate concerns and facilitate communication.

### Program Reviews
Program reviews are normally conducted every 180 days if you have a projected release date of greater than one (1) year. Program reviews for inmates with a projected release date of one (1) or less, are normally every 90 days. You will meet with your Unit Team at this time to review programs, work assignments, transfers, custody, institutional adjustment, financial responsibility, CCC placement, etc. An inmate may initiate a review of progress and program status by submitting a request to the appropriate staff.

### Therapeutic Community
The primary goal of the Therapeutic Community is to provide

--

2

residents an avenue through the global community to develop the attitudes, skills, and behaviors necessary to lead a responsible, drug free lifestyle.

The program is nine to twelve months and is presented in three phases: Orientation, Main Treatment and Re-Entry.  Residents receive twenty (20) hours of chemical dependency education, counseling and seminars each week.

### Release Preparation Program (RPP)
The Education Director will coordinate this program.  Ordinarily inmates who are 30 months or less from release will participate.

### Escorted Trips
Bedside visits and funeral trips may be authorized for inmates in lower custody categories when an immediate family member is seriously ill, in critical condition, or has passed away. Specific criteria must be met. There are occasions when an escorted trip is not approved, even when all policy required conditions have been met, based on a determination that the perceived danger to Rivers Correctional Institution staff during the proposed visit is too great that security concerns outweigh the need to visit the community, or when sufficient manpower is not available.

### Inmate Financial Responsibility Program
RCI and the Bureau of Prisons work closely with the Courts and the Department of Justice to administer a systematic payment program for court-imposed fines, fees, costs and other legal responsibilities.  All obligated inmates are required to develop a financial plan to meet their financial responsibilities. These responsibilities may include: special assessments imposed under 18 USC 3013, Court ordered restitution, fines and court costs, judgments in favor of the U.S., other debts owed the Federal Government, and other court-ordered responsibilities (e.g., child support, alimony, other judgments).

You are responsible for making all payments required, either from earnings within the institution, or from outside resources. The status of any financial plan will be included in all progress reports and will be considered by staff when determining security/custody level, job assignments, housing assignment, eligibility for community activities, and institutional program changes. The U.S. Parole Commission will also review financial responsibility progress at parole hearings.  By refusing to comply with court ordered financial obligation(s), you may be placed on "Refusal" status. While in refuse status you will earn only $5.25 a month and spending in the Commissary is limited to $25 a month for basic necessities and hygiene items.

### Inmate Access to Central Files
You may request access to the disclosable portions of your central file and medical records by submitting an inmate request form to your unit team.

### Sanitation
Check your living area immediately after being assigned there, and report any damages to a member of the Unit Management Team.  You are accountable for any damage to your personal living area.

--

You are responsible for making your bed in accordance with regulations before **work call** (including weekends and holidays). You are also responsible for sweeping and mopping your personal living area, to insure it is clean and sanitary. Lockers must be neatly arranged. Shelving must be neat and clean. No pictures are to be affixed to the walls. No nude pictures will be permitted to be displayed.

Storage space in most units consists of an individual locker. Locks may be purchased in the commissary. The amount of personal property allowed is limited to items which can be neatly and safely placed in the space designated. Under no circumstance will any materials be accumulated to the point where they become a fire, sanitation, security, or housekeeping hazard.

## Inmate Dress
Refer to RCI Policy 13.003.

## General Rules
* Smoking is prohibited inside buildings and on any main walkway. The designated smoking area for inmates is the interior yard and gym rec. yard.

* Headphones may only be worn in the housing unit, recreation areas or in the library. Headphones will not be worn on the sidewalks while en route to any location. Headphones may not be worn during assigned work details.

## PROGRAMS AND SERVICES

### Job Assignments
All inmates will maintain a regular job assignment. Job assignments are controlled through a Performance Pay System which provides monetary payment for work. Unit Staff will make the final approval for job changes and ensure the inmate is notified of the change. Ordinarily, an inmate must be assigned to a job for 90 days before a request for job change is granted. Normally, you will not be assigned a job assignment until you have completed A&O. If you have any specialized skills, your Unit Team will consider them while assigning you to a job assignment.

### Education Counseling Activities
There are many alternatives for inmates who have personal problems and desire to address them. The 40-hour Drug Education Program includes Alcoholics/Narcotics Anonymous, drug abuse counseling, and other special interest groups upon request. We have professional staff who are trained in the various social science fields. Inmate participation in these activities will be encouraged upon staff's assessment of inmate needs; participation in such activities may be voluntary or mandatory. The staff of each unit is available for informal counseling sessions, in addition to formal group counseling activities.

## ACCESS TO LEGAL SERVICES

### Legal Correspondence
Legal correspondence from attorneys is treated as Special Mail. The envelope must be clearly marked with the attorney's name, an indication that he/she is an attorney, and "Legal Mail to Be

Opened Only in The Presence of The Addressee." It is the responsibility of the inmate to advise his attorney of the policy. If legal mail is not properly marked, it will be opened as if it were general correspondence.

## Attorney Visits
Attorneys are required to make advance appointments for each visit through Unit Management staff. Attorneys are encouraged to visit during the regular visiting hours. However, visits from an attorney may be arranged at other times. Attorney visits are subject to visual monitoring, but not audio monitoring. You will be given the proper information to instruct your attorney regarding attorney/client visits. The unit team will coordinate this visit with the appropriate staff and make appropriate notification to public entry and visitation staff; AWS, Assistant Chief of Security.

## Legal Material
A reasonable amount of legal materials shall be allowed in the visiting area during attorney visits. Legal material may be transferred during attorney visits but is subject to inspection for contraband. This material will be treated in a similar manner as the special mail procedures described above. Inmates are encouraged and expected to handle the transfer of legal materials through the mail.

## Law Library
The Law Library is located in the Education Building. The law library hours of operation are posted in the housing units. The preparation of legal documents and legal mail shall only be permitted during off-duty time.

Inmates in SHU shall be allowed to prepare legal documents and legal mail, have access to their personal legal papers, receive materials from the law library, and visits from the Librarian. Additional services may be requested by submitting an Inmate Request to Staff form.

## Notary Public
Notary services are available to inmates upon request. Contact your Unit Management or Law Library staff for notary arrangements.

## Copies of Legal Materials
Inmates may have copies made of legal materials necessary for their research or legal matters. Coping services are available in the Library. Cost may be paid by purchasing a debit card form the Commissary. There will be cost assessed for this service. Indigent individuals who request Unit Staff to make copies of legal materials must demonstrate why copies cannot be made with the use of carbon paper. If it is determined that copying is necessary, staff will determine if the amount is reasonable and may waive duplicating fees.

## PROBLEM RESOLUTION

## Inmate Requests to Staff Members
The Inmate Request Form is used to make written requests to a staff member. This form may be obtained in the living units, and can be used to make any type of request to staff members. Staff

members who receive an Inmate Request Form will normally respond in five working days. The response will normally be written on the bottom of the request form.

**Federal Tort Claims**

If the negligence of BOP institution staff (not at RCI) results in personal injury, property loss or damage to an inmate, it can be the basis of a claim under the Federal Tort Claims Act. To file such a claim, inmates must complete a Standard Form 95. You can request this form on an Inmate Request Form. The completed Tort Claim should be mailed to the appropriate Regional Office, Attention: Legal Department. If the negligence of RCI institution staff results in personal injury, property loss or damage to an inmate, it can be the basis of an Administrative Remedy Step 1. You can obtain this form from your Counselor when you are unable to informally resolve the matter through the assistance of your Counselor.

## FREEDOM OF INFORMATION/PRIVACY ACT OF 1974

The Privacy Act of 1974 forbids the release of information from agency records without a written request by, or without the prior written consent of, the individual to whom the record pertains, except for specific instances. RCI is a private corporation and not subject to the requirements of the FOIA. However, reasonable access to records is permitted.

## ADMINISTRATIVE REMEDIES

**General Criteria**

Each inmate will be entitled to invoke the Administrative Remedy Process regardless of disciplinary, classification or other administration or legislative decisions affecting the inmate. The Administrative Remedy Process will be accessible to intellectually impaired and disabled inmates. While an inmate may not submit a request or appeal on behalf of another inmate, he or she may seek assistance from a staff member or another inmate when necessary to communicate the problem. Staff members are encouraged to assist inmates who are unable to complete the forms without assistance; because they cannot articulate a request or appeal in written form, because they are physically unable to write or because they cannot communicate in English.

Many issues of concern can be resolved by inmates through direct contact with staff responsible for the particular problem area. As such, it is policy to encourage resolution of issues at the lowest possible level and to require that all requests or appeals pass through the steps identified in the procedure statement.

The Administrative Remedy Process may be used by any inmate in the custody of the Federal Bureau of Prisons. Inmates may seek review of any issue under the direct control of the Bureau of Prisons or Rivers Correctional Institution. The Administrative Remedy Process will afford inmates meaningful remedies. Inmates may not seek review through the administrative remedy process for any issue which other administrative procedures have been established. Complaints regarding Tort Claims, Inmate Accident Compensation, Freedom of Information or Privacy Act Requests, and complaints on behalf of other inmates are not accepted under the Administrative Remedy Procedure. Inmates will be informed in writing of the appropriate administrative procedure if review under the Administrative Remedy Process is not acceptable.

## Abuse of Administrative Remedy Process

**Abuse of the Process:** Inmates who abuse the Administrative Remedy process by filing an abundance of unnecessary complaints are subject to rejection of their remedy by the Administrative Remedy Coordinator. Rejection may occur at any level in the process.

Inmate requests for disciplinary action against employees or for compensatory or punitive damages will not be addressed through the Administrative Remedy Process.

## Emergency Administrative Remedy Process

A request or appeal determined to be an Emergency will be given priority in order to ensure an immediate and meaningful solution. It is the responsibility of the inmate to demonstrate the facts of the situation threatening the inmate's immediate health or welfare. It is the responsibility of the Institutions Administrative Remedy Coordinator, to determine if the request constitutes an emergency. Once this is determined, the request or appeal will be forwarded immediately to an official at a level capable of investigating and correcting the situation if necessary. Emergency requests or appeals will receive a written response as soon as possible and not later than the third calendar day after filing. If a request or appeal submitted as an emergency is ruled at any step not to be an emergency, it will be processed as a regular request or appeal.

## Administrative Remedy Process

There are two separate, distinct procedures within the Administrative Remedy Process. One process is designed to respond to complaints concerning the Rivers Correctional Institution policies, procedures, practices, and employees. The other is an established Bureau of Prisons process utilizing BOP forms and procedures. This procedure is to be utilized to seek remedy concerning BOP related issues (e.g., sentence computation, designation and transfer issues, and prior custody) and is governed by the Administrative Remedy Program Statement 1330.13, RCI Policy 12.006.

## RELEASE

## Sentence Computation

The BOP is responsible for the computation of inmate sentences. Any questions about good time, jail time credit, parole eligibility, full term dates, release dates, or periods of supervision are resolved by BOP staff upon your request for clarification. The address is posted on all Unit bulletin boards.

## Committed Or Non-Committed Fines

In addition to jail time, the court may impose a committed or non committed fine and/or costs. Committed fine means that the inmate will stay in prison until the fine is paid, or makes arrangements to pay the fine, or qualifies for release under the provisions of Title 18 USC, Section 3569 (Pauper's Oath). Non committed fines have no condition of imprisonment based on payment of fines or costs.

## Detainer

Warrants based on pending charges, overlapping, consecutive, or unsatisfied sentences

--

in federal, state, or military jurisdictions will be accepted as detainers. Detainers and untried charges can have an effect on your institutional programs. Therefore, it is very important that you initiate efforts to clear up these cases to the degree possible. Records office staff may provide assistance to inmates in their efforts to resolve and dispose of detainers against them. State detainers may be quickly processed under the procedures of the "Interstate Agreement of Detainers." This agreement applies to all untried detainers based on pending charges which have been lodged against an inmate by other agencies. For an inmate to use this procedure, the warrant must be lodged with the institution.

## Good Conduct Time

Good conduct time is awarded in accordance with BOP standards and applicable laws. Due to the complexity of good conduct time issues, inmates at RCI are encouraged to direct all related questions to their Unit Team.

## Parole

Parole is a release from incarceration under conditions established by the U.S. Parole Commission. Parole is not a pardon or an act of clemency. A parolee remains under the supervision of a U.S. Probation Officer until the expiration of his full term.

## Release Planning

If granted Parole by the U.S. Parole Commission, the Commission will require an approved parole plan prior to release. An approved parole plan consists of an offer of employment and a place to reside.

The job must pay at least minimum wage and normally may not require extensive travel. The place to reside must be a reputable establishment, but can be almost anywhere (parents, wife, friend). The proposed parole plan is thoroughly investigated by the U.S. Probation Officer and must be approved.

The release plan is part of the material which is submitted in connection with the parole hearing. The Unit Team submits the inmate's release plans to the U.S. Probation Officer within nine months of the scheduled parole date.

## Community Corrections Center Transfers (CCC)

Inmates who are nearing release and need assistance in obtaining a job, residence, or other community resources may be transferred to a community corrections program. Unit Teams are responsible for preparing referrals for CCC placement.

## INMATE PROPERTY

## Personal Property

Items which may be retained by an inmate are limited for sanitation and security reasons and to ensure that excess personal property is not accumulated, which would constitute a fire hazard or impair staff searches of the living area. Items purchased from the commissary above the standard issue items, not to exceed the limit stated. (**NOTE**: Commissary Items purchased will be substituted for the Standard Issue Items, when applicable, and result in the turn-in of the

--

Standard Issue Items.) **It is the Inmate's responsibility to present proof of purchase or approved authorization of the items stated above the Standard Issue Items.** All inmates will be issued the standard institution items of clothing and linens and are accountable for these items. It is the inmate's responsibility to maintain these items in their own possession. A detailed list of the amount of standard issued items and commissary item limits are available in the housing units. Inmates are subject to disciplinary action for altering, damaging or having excessive institutional issued property.

## MAIL AND CORRESPONDENCE

### Correspondence

RCI encourages correspondence with the public and family members. The outgoing envelope must have your name, register number and return address. Inmate outgoing mail which does not contain a return address will be returned to the sending inmate.

This is an example of a proper return address for a routine letter of correspondence:

> John Doe #12345-999
> Unit A1B, Rivers Correctional Institution
> **PO Box 630**
> Winton, NC 27986

When someone is sending you a money order or check for deposit, it must be addressed:

> John Doe #12345-999
> Unit A1B, Rivers Correctional Institution
> **PO Box 99**
> Winton, NC 27986

You will assume responsibility for the contents of all of your mail. All incoming and outgoing general correspondence will be opened and subject to inspection. Outgoing mail may be sealed but is subject to inspection:

### Certified/Insured Mail

Certified or insured mail can be arranged through the mail room. Express mail, registered mail, private carrier services, COD, or stamp collecting are not provided. Supplies for certified mail can be obtained in the library as well as the mail room.

### Incoming Correspondence

General and Special Mail is distributed Monday through Friday (except Federal Holidays) within 24 hours of receipt. Incoming mail must reflect name, register number and housing unit assignment. Mail should be addressed to PO Box 630. Money Orders or checks, should be sent to PO Box 99. Failure to adhere to these guidelines may cause delays in receipt of mail.

### Incoming Publications

You may subscribe to and receive publications. You are limited to five newspapers and five

--

magazines. The term "publication" means a book, single issue of a magazine or newspaper, or materials addressed to a specific inmate, such as advertising brochures, flyers, and catalogs. Newspapers and publications may be received only from a publisher or a book club. Because of sanitation and fire safety reasons, not more than ten (10) books, newspapers, magazines, or other publications may be retained at any one time, including books from the institution Library. This limitation does not apply to educational material needed for current courses being taken or for legal material needed for ongoing court cases. Questions regarding proper procedures and regulations concerning incoming publications (brochures, flyers, catalogues, books, single issues of a magazine, newspapers) may be answered by your Unit Team.

Publications may be rejected if it is determined to be detrimental to the security, good order, or discipline of the institution, or if facilitates criminal activity. Publications may be rejected for the following reasons:

- It depicts or describes procedures for the construction or use of weapons, ammunition, bombs, or incendiary devices.
- It depicts, encourages, or describes methods of escape from correctional facilities, or contains blueprints, drawings, or similar descriptions of Bureau of Prison's institutions.
- It depicts or describes procedures for the brewing of alcoholic beverages or the manufacture of drugs.
- It is written in code.
- It depicts, describes, or encourages activities which may lead to the use of physical violence or group disruption.
- It encourages or instructs in the commission of criminal activity.
- It is sexually explicit material that by its nature or content poses a threat to the security, good order, or discipline of the institution.
- Any publication which features nudity.
- If a publication is rejected, you will receive notification. You will have five (5) days to file an Administrative Remedy Form (RCI Step 1). The publication in question will be held at the facility for 30 days pending the Step 1 process. The inmate and publisher / sender will be notified of rejection of publication.

**Special Mail**
"Special Mail" is a category of correspondence that includes correspondence to: President and Vice President of the United States; U.S. Department of Justice (including Bureau of Prisons); U.S. Attorneys' Offices; Surgeon General; U.S. Public Health Service; Secretary of the Army, Navy, or Air Force; U.S. Courts; U.S. Probation Officer; Governors; State Attorneys; General Prosecuting Attorneys; Directors of State Departments of Corrections; State Parole Commissioners; State Legislators; State Courts; State Probation Officers; other Federal and State law enforcement officers; attorneys and representatives of the news media identified by name or title.
For incoming correspondence to be processed under the Special Mail procedures, the sender must mark the front of the envelope with **SPECIAL MAIL - OPEN ONLY IN THE PRESENCE OF THE INMATE** or similar such as legal mail open only in the presence of the

--

*10*

inmate. Mail from attorneys must be identified as being from an attorney and not simply from a law firm or office such as; Smith, Jones, and Brown, Attorneys at law or The Law Offices of Smith, Jones and Brown.

Incoming Special Mail may be opened in the presence of the inmate. The mail may be checked for physical contraband and for qualification as Special Mail; the correspondence will not be read or copied if the Special Mail criteria is met.

Clearly identified mail from the Chambers of the Judge and from members of the United States Congress will not require Special Mail markings but will be given Special Mail treatment.

**Inmate Correspondence With Representative of the News Media**
An inmate may write through "Special Mail" procedures to representatives of the news media if specified by name or title. The inmate may not receive compensation or anything of value for correspondence with the news media. The inmate may not act as a reporter, publish under a byline, or conduct a business or profession while in RCI custody.

Representatives of the news media may initiate correspondence with an inmate. Correspondence from a representative of the news media will be opened, inspected for contraband, for qualification as media correspondence, and for content which may promote either illegal activity or conduct contrary to regulations.

**Correspondence Between Confined Inmates**
You must obtain permission to correspond with an inmate confined in another penal or correctional institution. You should make your request to your Unit Team, adequately explaining why you wish to correspond with the other inmate. Upon review your Unit Team will advise you of the final disposition.

**Rejection of Correspondence**
Correspondence may be rejected for the following reasons:
- Matter which is not allowed to be mailed under law or postal regulations.
- Information of escape plots, or plans to commit illegal activities, or to violate institution rules.
- Direction of an inmate's business.

An inmate may not direct a business while confined. This does not prohibit correspondence necessary to enable the inmate to protect property or funds that were legitimately his at the time of his commitment. Thus, for example, an inmate may correspond about refinancing a mortgage for his home or sign insurance papers; however, the inmate may not operate (for example) a mortgage or insurance business while confined in the institution.

The Warden or his/her designee will forward written notice to the sender of mail being rejected, with the reasons. The sender of the rejected correspondence may appeal the rejection. Inmates will also be notified of the rejection of correspondence and the reasons for it. You have the right to appeal the rejection.

*11*

## Receiving Packages

All incoming inmate packages must be authorized by the Unit Team or HSA then forwarded to the Records Manager in advance on BP-331 (AUTHORIZATION TO RECEIVE PACKAGE OR PROPERTY). These forms may be obtained in your unit.

## Change of Address/Forwarding of Mail

The Mail Room will provide you with change of address cards required by the U.S. Post Office. These cards are provided to inmates who are being released or transferred, to notify correspondents of a change in address. Any general mail received after 30 days will be returned to sender.

## Funds Received Through the Mail

To assure the correct posting to accounts of funds received through the mail, checks and money orders must reflect the inmate's name and register number. Any checks or money orders not accepted because they are incorrectly prepared will be returned to the sender with a letter of explanation. A copy of this letter will be forwarded to the inmate (if identifiable) and a copy retained in the mail room.

## Prohibited Items
**The following items are prohibited and will be returned to sender:**
- Musical, padded, or greeting cards larger than 8 ½" x 11"
- Newspapers and hardcover books received from other than the publisher, bookstore, or book club.
- Postage stamps or stamped items.
- Nuisance contraband such as hair, plant material, stickers, loose cutouts, home made glued paper and cards.
- Plastic or laminated cards such as credit cards or laminated photographs.
- Perishable items such as candy or food items
- Cassettes, videotapes, and computer software; and/or
- Pictures illustrating personal nudity or that are sexually suggestive.

## FINANCIAL MANAGEMENT
### Trust Fund, Commissary, and Telephone

## Commissary (Trust Fund) Operations

Normally, the Commissary is open five (5) days a week. Schedules are posted. Commissary lists are available in the Units. The commissary slip must be completed prior to shopping in the Commissary. The spending limit per month is posted in your Unit and is subject to change.

To successfully shop at the Commissary: **Orders must be checked for completeness and accuracy by the inmate before leaving the Trust Fund Sales Window. ALL SALES ARE FINAL. NO EXCHANGES OR REFUNDS.**

All special purchase orders must first be requested and approved through the appropriate department, depending on the item being requested. Approved orders are submitted to the

--

*12*

Business Office for the purpose of verifying that funds are available and freezing your account for the amount of the item(s) requested. If funds are available, the order will then be placed by the Business Office staff member for purchasing.

Stamps are sold in the Commissary. A maximum of three (3) books of stamps may be purchased per **week**. You are allowed to have no more than a total of four (4) books of stamps in your possession at any one time. Excess stamps will be confiscated. Indigent status is determined after 31 days of a consecutive $5.00 balance or less in your inmate account. Approved indigent inmates are allowed to mail three (3) letters per week at RCI expense. The process and hours for obtaining indigent supplies and hygiene packages are posted in each living area.

You may not own or possess more than one (1) approved radio and watch at any one time. Proof of ownership, through appropriate property receipts will be required. Radios and watches may not have a value exceeding $100.00. Radios with a tape recorder and/or tape player are not authorized. Only walkman-type radios are permitted and headphones are required at all times. While you are in holdover status, you may not purchase, own or possess a radio or watch.

You may not give or receive any items of value to or from another inmate (i.e., radio, watch, sneakers, commissary items, etc.).

**Deposits to Inmate Accounts**
Deposits to Inmate Accounts from outside sources will be received through the mail room. Any monies other than U.S. Postal Money Orders will have a 15-day hold before allowing inmates to access the deposit in order for the money order or check to clear the bank. **UNDER NO CIRCUMSTANCES WILL CASH BE ACCEPTED.** When money is not accepted, a rejection form will be sent to you. Cash, government checks, money orders, or government drafts from other BOP institutions in your possession upon arrival will be credited to your account. A hold may be placed on your account of up to 20 days.

**Withdrawals From Inmate Accounts**
A standard form is provided by the institution through the Counselors for the withdrawal of inmate funds from inmate accounts. Members of your Business Office can approve withdrawals from inmate accounts to send funds to dependents and other family members and purchase of special discharge clothing. The Unit Team can also approve withdrawals for the payment of fines, restitution for losses, legitimate debts and other obligations such as court fees, attorney fees, birth certificates, expenses and trips, bedside visits, funeral trips, and the purchase of legal books.
Inmate Financial Responsibility Payments (IFRP) will be made in accordance with a mutually agreed IFRP contract. IFRP payment will be withdrawn from your account quarterly or in accordance with J&C contract. It is your responsibility to have the agreed amount in your account on the date it is due.

**Inmate I.D. Cards**
It is your responsibility to properly care for and safeguard your Inmate ID Card. This identification card is used during sales transactions to provide positive visual identification of

--

*13*

the inmate customer. Sales transactions <u>will not</u> be conducted without the ID Card.

- Inmates are required to retain the Inmate ID Card in their possession at all times:
- The Inmate ID Card may never be in the possession of another inmate.
- An attempt to utilize another Inmate's ID Card to conduct financial transactions constitutes fraud. Appropriate disciplinary measures shall be taken.
- You may have only one ID Card in your possession.
- ID Cards belonging to an inmate placed in the Special Housing Unit will be maintained by the Special Housing Unit Staff, until you are released.
- You will be responsible for replacement cost ($5.00) of ID Cards due to loss, damage, or change in appearance.
- You will be denied access to your account if your appearance has changed in such a manner as to prevent positive identification, if the ID Card had been altered, or if their ID Card has been lost.
- You must request a new ID Card through your Counselor.
- Any violation will subject an inmate to disciplinary action.

## Telephones

Telephones for inmate use are located in the housing units. Third party, credit card calls, or call forwarding will not be made on these lines. The use of third-party billing, call forwarding, or credit card calls are prohibited. You may have thirty (30) approved Telephone Numbers on your telephone list. You may make changes to your Telephone list up to three (3) times per month. Telephone minutes are subject to limitations as dictated by the BOP.

Telephones are to be used for lawful purposes only. Threats, extortion, etc., may result in prosecution. All inmate telephones are subject to monitoring and recording excluding legal calls. It is expected you will handle your calls in such a manner that will allow equal use of the phones by all inmates. Telephones will not be used to conduct a business. Conducting a business by telephone is a prohibited act.

Inmates in Disciplinary Detention and Administrative Segregation may make calls by submitting an Inmate Request to Staff form to SHU staff.

## CORRECTIONAL SERVICES

## Quarters Rules

- Pictures will not be posted on walls or outside of lockers. Unit Officers will inspect cells daily. If a cell is not acceptable, corrective action including incident reports may be expected. You are responsible for the cleanliness and sanitation of your cell/bunk area. Visiting in units/pods other than the inmate's assigned section is not permitted at any time. It is a prohibited act to be in a pod which you are not assigned. You will remain in your assigned pod unless officially scheduled for work, recreation, education, appointments or official authorization is obtained from a staff member. Orderlies are responsible for unit/pod cleanliness and sanitation. However, everyone is responsible for cleaning up after himself.

--

- Trash and wastebaskets are to be emptied prior to work call each day. Paper bags, plastic bags or boxes are not to be used as waste receptacles.
- Beds will be made each day prior to leaving the cell and no later than 8:00 a.m. with the exception of weekends and Federal Holidays. Beds will be made each day prior to leaving for work call, including work call on weekends and Federal Holidays. At no time will a mattress be removed from a bunk and placed on the floor or on other beds.
- Showers are available every day. Inmates may not shower during an official count. Food Service workers and others with irregular work shifts may shower upon the completion of their work assignment when it does not interfere with the cleaning of the unit/dorm or interfere with a count.
- Appropriate personal protection equipment safety clothes and equipment must be worn to work. These items will be furnished by the institution work detail supervisor.
- Special Purchase items will be authorized only in amounts which can be contained in the storage area provided for personal property.
- Legal materials and supplies (not to exceed one cubic foot in volume) may be maintained on active cases only and may be stored in your unit locker.
- In no way can we anticipate all rules and discuss them in this handbook. You are responsible for checking the bulletin boards frequently for notifications, changes and updated information. All reasonable, lawful orders given by staff shall be followed.

## VISITING

Failure to follow rules will result in termination of visit during visitation. It is the intention of the RCI to promote inmate visitation by providing transportation at no cost for the family member of inmates assigned to RCI. RCI will provide a 46-seat "family visitation" coach service Thursday through Sunday of each week. The bus will depart from a central Washington, D.C. and return the same afternoon/evening. The service will be provided on a prescheduled/appointment basis at no charge to the individual inmate or his family members. **RCI defines family, for the purpose of this policy as: wife, father, mother, stepfather, stepmother, son, daughter, stepson, stepdaughter, grandfather, grandmother and legal guardian.**

All visitors traveling with Contract Bus Service must have satisfied the following requirements before boarding the bus:
- All visitors' names must appear on the approved inmate visitors' list. If an individual's name does not appear on the approval list, he/she will not be allowed to utilize this service.
- All visitors must present a current photo ID to the coach service.
- All visitors must call and reserve a seat with Contract Bus Service who will assign them a confirmation number. All reservations must be made 48 hours in advance. All cancellations must also be made 24 hours in advance of the scheduled departure time. He or she will have last priority when making reservations to ride the bus for a period of one month. Seats will be routinely assigned on a first come first serve basis until bus capacity is reached.

--

**15**

- The bus will leave the prearranged, central Washington, D.C. location at 4:30am, Thursday through Sunday.
- Visitors who do not abide by the rules may be prohibited from using this service this service.
- Visitors who do not board the bus for the return trip to Washington, D.C. on the same day they arrived will not be guaranteed a return trip on a subsequent day.
- All visitors must comply with visitation policy and all other facility rules and regulation.

If during the Admission/Orientation process, you anticipate a visit(s) from immediate family (spouse, children, parents, brothers, sisters), you must submit their names to your Counselor. They will be allowed to visit unless there are circumstances which preclude their presence in the institution. Only immediate family will be allowed to visit during this time.   Upon the completion of the orientation program, a permanent visiting list including other relatives or friends may be approved. Your counselor will provide you with a visiting questionnaire form (BP-IS-139) for each requested visitor. You are responsible for mailing them out and assuring they are returned for review by the Unit Team. It is the Unit Team's discretion, based on constructive and security factors, as to who will be placed on an inmate's visiting list. You are responsible for notifying the proposed visitor of the Unit Team's decision and for sending approved visitors a copy of the institution's visiting rules. Visitors who have not been approved by the Unit Team will not be allowed to visit. All visitors must possess an identification card with a photo, such as a state driver's license.  Children under 16 years of age are not required to possess a picture id, but, some form of such as social security card, school id, etc.

## Dress Requirements for Visitors
**Shirts and shoes are mandatory and the following types of clothing will not be allowed:**
- Low-cut or revealing blouses, sheer or see through clothing is prohibited.
- Female undergarments should be free of any metal (Underwire brassier)
- Shirts or blouses must extend to or beyond the waistline.
- Sleeveless shirts and blouses are prohibited.
- Shorts are prohibited (Exception may be made for children not exceeding age10)
- Capri style pants above the knee are prohibited
- Excessively tight fitting clothing is prohibited
- Dress and skirt lengths and/or splits above the knee are prohibited
- Halter-tops are prohibited
- Tank-tops are prohibited
- Fish-net clothing is prohibited
- Khaki colored clothing remotely similar to inmate khaki clothing is prohibited
- Clothing with pictures and/or offensive or profane language is prohibited
- Clothing should be free of tears, holes, etc.
- Hats are prohibited

You will wear appropriate institution-issued khaki clothing in the Visiting Room. You will not be allowed to wear personal clothing. You are allowed a short kiss and embrace at the beginning and end of each visit.

--

**16**

**Appropriate disciplinary action can be taken against you for:**
- Excessive contact with a visitor.
- Receiving unauthorized items.
- Unsupervised Children.
- Not cleaning immediate visiting area.
- Being out of bounds.
- Handling money.
- Contact with unauthorized visitors.

## Visitation Schedules

Visitation hours are normally on Thursday, Friday, Saturday, and Sunday and federal holidays, between 8:00 a.m. until 3:00 p.m. Visitors will not be processed after 1:30 p.m. You will normally be allowed only one (1) visit per day. All visitors must be approved and placed on your visitation list prior to them arriving on the facility. A total of six (6) visitors will be allowed per inmate. All of your visitors must enter the visitation area at the same time (no exceptions).

If circumstances dictate, it may be necessary to impose certain restrictions on visiting regulations. These restrictions are designed to alleviate overcrowding which creates excessive distractions and potential safety hazards. There will be no specified time limit on visits. The number of visitors will only be restricted by the volume of visitors. Example, inmates may have up to six (6) visitors (inclusive of adults and children) as long as there is sufficient room for other visitors to visit. If a family is taking up room that may accommodate another family, then the larger group may be asked to down size or cease their visit. If the room is full and an inmate's visitors come in, the visit that has been going on the longest will be asked to cease to allow for the inmate who hasn't had a visit.

## Visitor Identification

Visiting will be conducted in the institution Visiting Room or within designated outside areas. Visitors will not be allowed to go to and from vehicles parked in the institution parking lot. All visitors 16 years of age and older will be required to properly identify themselves with acceptable identification including a photograph and signature (i.e., drivers license, school I.D., Senior Citizen's card, or any current government issued identification which includes a photograph of the individual) to the Lobby Officer. Children under 10 may be required to provide identification such as birth certificate or other identification card. Identification will be returned upon completion of the visit. The Visiting Officer will call inmates to the visit from your unit or job. You will not be allowed into the visiting area prior to being called by the Visiting Officer. Inmates are required to notify the Unit Officer or job supervisor prior to departing for a visit.

Visitors are subject to a search and scanning by a metal detector and drug detection equipment. Any item a visitor possesses is subject to be opened and searched in the presence of the visitor, by an employee. Any visitor refusing a search of themselves or their property will not be allowed entry into the institution.

--

*17*

**Visitors are allowed to bring the following items into the Institution:**
- Appropriate photo ID
- Tobacco products and accessories (amount at the discretion of staff)
- Money for vending machines (amount not to exceed $20.00, coins only) in a clear small sized wallet or change purse
- Three (3) diapers and two (2) baby bottles.

**The following items are not permitted in the visitation area:**
- Packages, mail, magazines, purses, diaper bags, briefcases, cameras, baby strollers/car seats, dolls, toys.
- Photographs, photograph albums, cellular phones/pagers, candy or gum, any food items or other similar items.

The only food items allowed in the Visiting Room are items purchased from the vending machines located in the Visiting Room. The only exception to this will be baby bottles and baby food. Baby food should be in unopened sealed containers.

Violations may result in a penalty of imprisonment and/or a fine to a person who provides, or attempts to provide to an inmate any prohibited item. It is a crime to introduce or possess any firearm, destructive device, ammunition or other object designed to be used as a weapon, narcotic drug, controlled substance, alcoholic beverage, or any other object that threatens the order, discipline, safety, or security of this institution. For further details on visiting, consult with your Unit Team.

## Visitor Conduct
It is a crime for anyone to possess or give an inmate for the purpose of introducing contraband into the institution any of the following illegal or prohibited items:

Any firearm, destructive device, ammunition or other objects designed to be used as a weapon, narcotic drugs, controlled substances, alcoholic beverages, currency or any other objects that threaten the order, discipline, safety or security of the institution and/or individuals. Violations may result in a penalty of imprisonment and/or fine for any person who provides or attempts to provide an inmate with any prohibited item.

**Visitors are prohibited from engaging in the following activities:**
- If prohibited from visiting, they must leave the area. They will not be allowed to loiter near the institution;
- Walking around the perimeter road;
- Photographing the institution or perimeter buildings, fences, etc.;
- Loud playing of radios, etc.
- Yelling or loud talking; and/or
- Allowing disorderly conduct of children.

--

*18*

## Rules for Inmates

Limited physical contact may be permitted unless there is clear and convincing evidence that such contact would jeopardize the safety and security of the institution. All such contact will be in the bounds of good taste and only at the beginning and end of visits. Staff may limit this contact when they feel it is necessary to maintain orderly operation of the visiting area. Inmates will not be allowed to wear jewelry of any kind into visitation. This includes, but is not limited to, watches, rings, medallions, bracelets, etc. Inmates are to only wear RCI issued khaki clothing into visitation, this includes shoes and/or boots. There will be no tennis shoes allowed in visitation.

You will be allowed to bring into the Visiting Room one comb, one handkerchief, and enough cigarettes or cigars to smoke during that visit. Smoking is permitted only in outside visiting areas. Note: you will not be allowed to carry smoking material back to the unit from the visiting room. The RCI is a limited smoking and/or tobacco use Institution. The use of tobacco products is limited to those areas designated as such.

**Appropriate disciplinary action may be taken against inmates for:**
•     Receiving unauthorized items

## Special Visits

All requests for Special Visits must be submitted in writing to your Counselor a minimum of 14 days in advance of the visit day requested. To qualify for a Special Visit you must be disciplinary free for the past 90 days.

**The written request must include the following:**
•     Date of the visit
•     Each visitors name and address
•     Distance to be traveled (one way)
•     Authorized and current status on visitation list
•     Relationship to you
•     Date of the last Special Visit

Your Special Visit Request will be forwarded by your Counselor, along with their recommendations to the Assistant Warden/Warden of Programs for an approval or denial.

## SECURITY PROCEDURES

## Count Procedures

•     All counts will be conducted in a quiet and orderly manner. You are to remain in your cell/pod until count is officially cleared.
•     Except for early-hour counts when inmates are asleep, counts will be announced prior to the start.
•     During counts, all inmates (except those on out-count) must be in their assigned cells or day room. The 4 p.m. count is a standing count Monday through Sunday. All inmates must stand in their cell until the completion of count is announced.

--

- There is a standing count on weekends and Holidays at 10:30am. All inmates (except those on out-count) must stand in their cell until the completion of count is announced.
- Inmates may not be in the shower or the restrooms during count.
- During counts, there will be no talking, movement, radio playing, or noise of any kind.
- Inmates will not be allowed to leave their cell for any reason until the completion of count is announced.
- Inmates on out-count will not be released from their jobs until permission has been obtained from the Shift Supervisor.
- Accountability counts during work hours will be conducted; all movement will stop until the count clears.
- Failing to stand for count will result in disciplinary action.

## Controlled Movement
Inmates will be allowed to move to designated area only during announced call outs or 10 minute movements.

## Rack Time
Cell lights will be out at 10:30 p.m.

## Call-Outs
Call-Outs are a scheduled system for appointments (hospital, dental, education, team meetings, etc.). Call-outs shall be posted on the unit bulletin boards the afternoon of the day preceding the appointment. It is your responsibility to check for appointments on a daily basis. All scheduled appointments are to be kept.

## Contraband
Contraband is defined as any item not authorized or issued by the institution, received through approved channels, or purchased through the Commissary. Any item in your personal possession must be authorized, and a record of the receipt of the item should be kept in your possession. Inmates may not purchase radios or any other items from another inmate; items purchased in this manner are considered contraband and will be confiscated. An altered item, even if an approved or issued item, is considered contraband. Altering or damaging institution property is a violation of institution rules. The cost of the damage will be levied against the violator and subject an inmate to disciplinary action.

## FOOD SERVICE

The Food Service Department provides a clean and sanitary environment.

Meal Schedules and menus are posted and available to all inmates within the housing units

## Dining Facility Regulations for all meals:
Noise: Talking in the dinning room will be allowed. The noise level should not rise above the level necessary for inmates seated at the table with you to participate in the conversation. Hollering or calling to inmates at another table or location in the dinning hall is prohibited.

--

**20**

Sharing or trading of meals is prohibited. All foods on the trays will be consumed or discarded by the individual that retrieved the tray from the feeding line.

- No Smoking in the Dining Facility. Tobacco of any kind (snuff, chewing tobacco, etc.) will not be allowed in the Dining Facility at any time.
- No food may be taken from the Dining Facility.
- No cutting in line.
- No running in, to, or from the Dining Facility.
- No hats or head coverings are to be worn inside the Dining Facility. (The exception to this is religious headgear recognized and approved by the Chaplain. Inmates wishing to wear religious headgear must obtain approval from the Chaplain and have a pass verifying the religious nature of the-headgear.)
- Dress Code: Appropriate institutional-issued clothing will be worn during all meals. Sweat suits, shorts and T-shirts will not be allowed. Shoes and socks are required at every meal.
- No radios of any kind will be allowed in the Dining Facility.
- No utensils, cups, glasses, salt shakers, pepper shakers, and sugar shakers are to be taken from the Dining Facility.
- You will be given adequate time to eat your meal. Talking should be kept to a minimum or low tone.

## Job Enlistments and Work Information
Facility jobs are available for the population. Contact your unit counselor for information and job assignments.

## LAUNDRY SERVICE

## Bedding/Clothing Exchange and Laundry
A full service laundry will be provided at RCI. Each inmate will be provided sufficient uniforms to allow for daily cleaning. Blankets, sheets and pillow cases will be provided.

Each inmate will be responsible for turning in his soiled clothes, linen, and bedding. Times and locations for laundry services will be provided to each inmate during A & O. At the time of exchange, soiled items will be exchanged for clean items on a one-for-one basis.
All clothes must be labeled with your register number. The laundry only accepts and cleans standard issue clothing.

## INDIGENT STATUS - HYGIENE SUPPLIES
## Indigent
An inmate will be considered indigent if that inmate has a balance of less than $5.00 in his Inmate Trust Account in any 31-day period. For those inmates transferred to RCI from other Federal Bureau of Prison facilities, the status of Indigent will be applied until their Inmate Trust Account balances have been received from their transferring facility, and posted to their account. All inmates who are not identified as indigent (e.g., are assigned to a job and receive a salary) will be provided the opportunity to purchase hygiene supplies through the inmate commissary. Inmates will only be identified as indigent through verification by the Unit Team. While on

--

indigent status inmates will be provided with a basic hygiene pack at least once a month or on an as needed basis. The hygiene pack will include:

- 1 bar of soap
- 1 tooth brush
- 1 tube toothpaste
- 1 comb
- 1 razor
- 1 can of shaving cream
- 1 bottle of shampoo

## EDUCATION PROGRAMS

There are a number of Vocational Training programs available to the inmate population. The length of each course is determined by the type of course.

To enroll in one of these programs, you must contact the Academic Counselor or Vocational Teacher, who are located in the Education and Vocational Training buildings, respectively. If the program is full, you will be put on a waiting list. When there is a vacancy in a program, you may be enrolled. After you complete your training in the VT program, the Administration will attempt to assign you to a job in which you can continue your experience in that field.

Educational opportunities include post-secondary education, correspondence courses, a wide range of occupational training programs, and leisure-time activities. All promotions above an entry-level grade are contingent on successful completion of a literacy program. If an inmate wants to enroll in or discuss an education program, he may do so by seeing his unit team or the education academic counselor.

The Education Department shall provide educational testing, academic training, social education, release preparation program, parenting program, vocational training, hobby crafts, recreational activities, Leisure and Law Libraries.

RCI or the Bureau or Prisons does not pay for college-level or correspondence work, but Education Staff can assist inmates in obtaining funding through other sources.

### Law Library
The Law Library contains the collection of legal reference materials required by the Federal Prison System. Legal resources and appropriate equipment is available for inmate use. Inmate Law Library clerks are available to assist in locating legal materials. Law Library hours are posted in the housing units.

## VOCATIONAL TRAINING

### Leisure Library
A collection of hardcover books, paperback books, magazines, and newspapers are available in the Leisure Library. Reference books are provided for your use in the Leisure Library only. Certain books are available to inmate students in particular education courses (see instructor).

--

The librarian shall select, train, and use inmates as library clerks. Inmate Library Clerks shall be assigned to the Law Library as needed to perform work of a clerical nature.

### Interlibrary Loan Services/General Library Books
1.   Inmates may request interlibrary loan services, for general library books.
2.   Two books shall be allowed.
3.   All books will be checked out to the inmate for a period of two weeks from date of receipt. Inmates are responsible for the care of library books.
4.   Guidelines shall be followed concerning unauthorized topics, etc.
5.   Any damaged, lost, or late materials will be grounds for disciplinary action and may result in restitution.

The interlibrary loan program is a privilege and will be the responsibility of all participating inmates to adhere to these rules for continuing this program. Interlibrary loan request for legal materials will be pursuant to D.C. rule 33-501.301. These guidelines are kept at the circulation desk for inmates to view.

## RECREATION

The Recreation Department provides for a comprehensive recreation program that includes leisure-time activities and outdoor exercise, operating on a prescribed schedule which is posted and available to inmates in the Recreation Specialist's office and housing units. There are a wide variety of organized league tournaments, classes and leisure time activities.

Eligibility in the craft program, and most recreational activity requires you to be an active participant in FRP, medically cleared, clear disciplinary, and to adhere to all RCI rules and regulations.

### Crafts/Intramural leagues
A variety of hobby craft programs are offered by the Recreation Department. You must be approved to participate in any of the Hobby Craft programs. Craft hours and schedules will be posted in the Recreation Specialist's office and made available to all inmates.

There are several Intramural Leagues available. League Play is organized by the Recreational Specialist. These activities are made available to identified interests. All inmates are encouraged to participate in these structured activities. For those inmates not interested in league play, there is unstructured leisure time activities scheduled. All of the activities generated through the Recreation Department will be posted on bulletin board.

## RELIGIOUS SERVICES

Religious Services are designed to meet the religious needs of each inmate. Services, are provided by the Chaplain and volunteers. If you do not find your faith group represented, feel free to contact the Chaplain.

--

The Religious Services office provides scriptures, books, pamphlets, and other similar literature. The Chaplains can assist you in making proper arrangements to have religious items sent from a publishing or religious supply company. The library complements the books and periodicals which are available to all inmates. The primary function of the Religious Services staff and volunteers is pastoral care. Pastoral care may be for some difficult problems with which you may be struggling or simply getting an answer for some question about the unique nature of being in a correctional setting. The Chaplain and volunteers are more than willing to discuss your personal, family, or spiritual development problems. You are welcome to speak with the Chaplain to locate the most appropriate person with whom you can discuss your particular concerns.

You are not authorized to receive religious crosses and medallions from home. See the Chaplain concerning religious jewelry.

Inmates with specific religious dietary requirements should discuss their needs with the Chaplain.

Only authorized inmate groups may participate in group prayer or prayers outside the chapel and/or individual cells. Authorization for this must be received thru the Chaplain and Chief of Security. Individual prayer is allowed in the individuals cell and in the institution chapel.

## Marriages

If you wish to be married while incarcerated, the Warden is the approving authority. You are responsible for any expenses. If an inmate requests permission to be married, the following criteria must be met:

- Inmate Request Form to your Unit Team indicating your desire to marry at RCI.
- Have a letter from the intended spouse which verifies her intention to marry him.
- Demonstrate legal eligibility to marry.
- Be mentally competent

The Chaplain and Psychologist are available to discuss this matter with you.

## HEALTH SERVICES

The Health Services Unit is located in the Health Services building where a medical doctor and dentists provide medical and dental care. Any inmate in the general population desiring medical attention will be responsible for submitting a sick call request. Health Services Staff will provide medical services in the Housing Unit each Monday - Friday.

A variety of health related information and pamphlets are available at all times in Health Services, provided during chronic care clinics, and at intake processing.

**Access to the Health Services Unit may be obtained by inmates in the General population in one of five ways:**
- Medical Services Request Form
--

- Direct request to a Supervisor
- Walk-in (emergency situations only) Injury Report must be submitted.
- Medical pass
- Sick call appointment pass

## Regular Sick Call Procedures

You must complete a sick call slip prior to lockdown and place it in the sick call box, which is located in each unit. The nurse will pick up all sick call slips and screen them in the medical department. If you place a sick call slip in the box, you will be given an appropriate card to see the sick call nurse in the unit medical exam room. Sick call will be held Monday through Friday in the Unit Medical Station and medical as needed.

## Special Housing Unit Sick Call Procedures

You must obtain a Medical Services Request Form from the Correctional Officer. This form is to be completed with specific information about why you are requesting to be seen. The completed form must then be given to the officer. These are collected on a daily basis.

If you have any questions about communicable diseases, there are information pamphlets available in the outpatients' area, or you may present an Inmate Request Form to the Infection Control Coordinator.

If you need your vision checked for glasses, report to Nurses Sick Call or submit an inmate request form.

## Physicals

All newly committed inmates received at RCI will receive a health screening.
Physical examinations are offered to all inmates at RCI. Inmates under the age of 50 years may request a physical every 2 years. Inmates over 50 years may request a physical exam annually.

Inmates being released from the system may request a medical evaluation if the inmate has not received a physical examination within one year prior to the release date.

## Dental Services

Emergency dental care is available 24 hours a day. Those who wish to have routine dental care should request it on an Inmate Request Form.

## Emergency Sick Call Procedure

In the event of an emergency, inmates may request a correctional officer or supervisor to contact the Health Services Unit on their behalf. The Health Services staff will provide direction as to disposition, based on their clinical judgment. On site emergency medical care is available 24 hours, seven (7) days a week in the institution.

## Medications - Pill Call

- KOP medications picked up at noon pill call only.
- Inmates must come to the pill window before going to chow.

--

- Mouth checks are performed on all medicines taken at the pill window.
- Daily medication will be given at the morning pill call.
- Twice daily medication will be given at the morning and evening pill call.
- Three times daily medication will be given at morning, noon, and evening pill call.
- Those in Segregation are provided their medication by medical staff in their cells.

**THIS MEDICATION SCHEDULE WILL BE FOLLOWED UNLESS OTHERWISE AUTHORIZED BY THE UNIT PHYSICIAN.**

Inmates presenting themselves at pill call **MUST** show their ID and be properly dressed.

### Inmate Complaints and/or Administrative Remedy
Any inmate who feels that he did not receive the proper treatment for his medical condition may file an Administrative Remedy following the Administrative Remedy procedures. Prior to utilizing a formal Administrative Remedy, an inmate is expected to attempt to resolve the complaint informally by submitting the appropriate form to the Counselor.

### Clinics
All clinics are conducted by appointment only. If scheduled for a clinic, you will be required to remain seated in the clinic or waiting area as directed. The following will apply to all inmates.

1. Tobacco products and matches will not be allowed in the Health Services Unit.
2. Inmates will not bring excessive personal property to sick call.
3. All inmates are subject to search when entering and exiting the Health Services Unit.
4. All inmates are required to have IDs, and be properly dressed to receive medical services, except in emergencies.

### Light duty or Lay-in status
Inmates on light duty or lay-in status will not be allowed to participate in strenuous exercise. Inmates on light duty are required to go to school, if assigned to do so, and may be required to go to work, consistent with their physical/medical condition.

Inmates on medical lay-in status are not required to go to work, but are required to go to school unless specified otherwise on the lay-in pass.

**FEDERAL BUREAU OF PRISONS**
**HEALTH CARE RIGHTS AND RESPONSIBILITIES**

While in the custody of the Federal Bureau of Prisons at RCI you have the right to receive health care in a manner that recognizes your basic human rights, and you also accept the responsibility to respect the basic human rights of your health care provider

--

**Rights**
1. You have the right to health care services, based on the local procedures at your institution. Health services include medical sick call, dental sick call and all support services.
2. You have the right to be offered a Living Will, and/or to provide the Bureau of Prisons with Advanced Directives that would provide the Bureau of Prisons with instruction <u>if you are admitted, as an inpatient, to a hospital in the local community, or the Bureau of Prisons.</u>
3. You have the right to participate in health promotion and disease prevention programs including education regarding infectious diseases.
4. You have the right to know the name and professional status of your health care providers.
5. You have the right to be treated with respect, consideration and dignity.
6. You have the right to be provided with information regarding your diagnosis, treatment and prognoses.
7. You have the right to be examined in privacy.
8. You have the right to obtain copies of certain releasable portions of your health report.
9. You have the right to address any concern regarding your health care to any member of the institution staff including your physician, the Health Services Administrator, members of your Unit Team and the Warden.
10. You have the right to receive prescribed medications and treatments in a timely manner, consistent with the recommendations of the prescribing health care provider.
11. You have the right to be provided healthy and nutritious food. You have the right to be instructed regarding a healthy choice when selecting your food.
12. You have the right to schedule a routine physical examination as defined by policy.
13. You have the right to dental care as defined by policy to include preventive series, emergency care and routine care.
14. You have the right to a safe, clean and healthy environment, including smoke free-living areas.
15. You have the right to refuse medical treatment in accordance with policy. Refusal of certain diagnostic tests for infectious diseases can result in administrative action against you. You have the right to be counseled regarding the possible ill-effects of refusing medical treatment. Refusal of treatment must be documented.
16. You have the right to complain of pain, have your pain assessed by medical staff, and have pain treated accordingly.

**Responsibilities**
1. You have the responsibility to comply with the health care policies of your institution. You have the responsibility to follow the recommended treatment plans that have been established for you by the institution health care staff, to include proper use of medications, proper diet, and following all health related instructions with which you are provided.
2. You have the responsibility to maintain your health and not to endanger yourself, or others, by participating in activities that could result in the spreading or contracting of an infectious disease.

--

3.   You have the responsibility to respect these providers as professionals and follow their instructions to maintain and improve your overall health.

4.   You have the responsibility treat staff in the same manner.

5.   You have the responsibility to keep this information confidential.

6.   You have the responsibility to comply with security procedures.

7.   You have the responsibility of being familiar with the current policy to obtain these records.

8.   You have the responsibility to comply with prescribed treatments and follow prescription orders.  You also have the responsibility not to provide any other person your medication or other prescribed items.

9.   You have the responsibility to eat healthy and not abuse or waste food or drink.

10.  You have the responsibility to notify medical staff that you wish to have an examination.

11.  You have the responsibility to maintain your oral hygiene and health.

12.  You have the responsibility to maintain the cleanliness and safety in consideration of others.  You have the responsibility to follow smoking regulations.

13.  You have the responsibility to counsel regarding the possible ill effects that may occur as a result of your refusal.  You also accept the responsibility to sign the treatment refusal form.

14.  You have the responsibility to be counseled regarding the possible ill effects that may occur as a result of your refusal. You also accept the responsibility to sign the treatment refusal form.

15.  You have the responsibility to be truthful and not overstate your complaint of pain, and to adhere to the prescribed treatment of plan.

## PSYCHOLOGY SERVICES

A Psychologist is available to provide counseling and other mental health services to inmates experiencing behavioral, emotional, and/or adjustment problems. These mental health services include crisis intervention, individual and group counseling, family counseling, and pre-release counseling. All inmates will be screened.  A Psychologist reviews your Psych. Intake assessment within 24 hours. Any inmate who needs or request Psychology Services will be seen within 14 days of arrival.  An inmate support group is available, along with a variety of other special topics groups.  If you are interested in a particular group which is offered, you must meet with the Psychologist first.

A variety of substance abuse services, drug education classes, Alcoholics/Narcotics Anonymous meetings are offered through the Substance Abuse Program.   If you wish to participate in these programs, you need to submit an inmate request to the Substance Abuse office.

--

**Psychology Statement of Patient Rights**

1.   You have the right to receive mental health treatment regardless of race, age, religion, ethnicity or disability.
2.   You have the right to be treated humanely, with dignity and in the least restrictive setting consistent with your mental condition and security requirements.
3.   You have the right to participate with mental health staff in formulating an individualized treatment plan, including a plan for discharge, which meets your specific needs and to have that plan explained to you.
4.   You have the right to be informed about the nature of treatment recommended, the potential benefits of treatment, the potential side effects of medications and the consequences of not obtaining treatment for your mental health conditions.
5.   You have the right to have your treatment plan formally reviewed by qualified mental health professionals.
6.   You have the right to decline or withdraw from voluntary treatment.
7.   You have the right to seek independent review of your treatment program, including medications, in which you participate through the Administrative Remedy procedure.
8.   You have the right to have reasonably available members of your immediate family provide input the formulation of treatment and release plans, Including post-release care.
9.   You have the right to communication with members of your family or significant others by means of letter, telephone or visitation.  Any curtailment of that right will be documented in your record and explained to you and all other involved parties.
10.  You have the right to expect that information about you and your illness will be held confidential in accordance with policies, state and federal regulations.

## Sexual Abuse and Sexual Assault Information

**What Is Sexual Abuse/Assault?**

Sexual abuse of inmates by staff or other inmates is against the law. No one has the right to pressure you to engage in a sexual act.  You do not have to tolerate sexual assault or pressure to engage in unwanted sexual behavior.

Inmate-on-Inmate sexual abuse/assault is one or more inmates engaging in or attempting to engage in a sexual act with another inmate or the use of threats, intimidation, inappropriate touching, or other actions and/or communications by one or more inmates aimed at coercing and/or pressuring another inmate to engage in a sexual act.

Staff-on-Inmate sexual abuse/assault is engaging in or attempting to engage in a sexual act with any inmate or the intentional touching of an inmate's genitalia, anus, groin, breast, inner thigh, or buttocks with the intent to abuse, humiliate, harass, degrade, arouse, or gratify the sexual desire of any person.

## Prevention/Intervention and Self Protection
- Carry yourself in a confident manner at all times.
- Do not accept gifts or favors from others.
- Do not accept an offer from another inmate to be your partner.
- Find a staff member you can go to with fears or concerns.
- Be alert - do not use contraband substances such as drugs or alcohol.
- Be direct and firm if others ask you to do something you don't want to do.
- Avoid out of the way or poorly lit areas of the facility.

## Protection, Reporting, and Treatment
If you become a victim of a sexual assault, you need to report it immediately to staff who will offer you immediate protection from the assailant and refer you for a medical examination and clinical assessment.

You will continue to receive protection from the assailant whether or not you have identified your attacker or agree to testify against him.

Although you may want to clean up after the assault, it is important to see medical before you shower, wash, drink, eat, change clothing, or use the bathroom. Medical staff will examine you for injuries, which may or may not be readily apparent to you.

## Counseling
If you have been the victim of a sexual assault by staff or inmates, you may seek counseling and/or advice from a psychologist or chaplain.
Crisis counseling, coping skills, suicide prevention, and mental health counseling are all available to you.
If you feel you need help to keep from sexually assaulting someone else, psychological services are available to help you control these impulses.

## DISCIPLINE PROCEDURES

## Discipline
It is the policy of RCI to provide a safe and orderly environment for all inmates. Inmates are advised upon arrival at the institution of the rules and regulations, provided a copy the Bureau's Prohibited Acts, and applicable facility regulations.

## Inmate Discipline Information
If a staff member observes or believes he has evidence that an inmate has committed a prohibited act, the first step in the discipline process is writing an incident report. This is a written copy of the charges against the inmate. The incident report shall ordinarily be delivered to the inmate within 24 hours of the time staff became aware of the inmate's involvement in the incident. An informal resolution of the incident may be attempted by the Investigation Supervisor, Shift Supervisor or the Unit Discipline Committee.

--

If an informal resolution is accomplished, the incident report will not be placed in the inmate's central file. Informal resolution is encouraged by RCI and the Bureau of Prisons for violations except those in the greatest or high severity category. Violation in the greatest or high severity category must be forwarded to the Discipline Hearing Officer for final disposition. Staff may suspend disciplinary proceedings for a period not to exceed two calendar weeks while informal resolution is undertaken and accomplished. If informal resolution is unsuccessful, staff may reinstitute disciplinary proceedings at the same stage at which suspended. The requirements then begin running again, at the same point at which they were suspended.

### Initial Hearing

Inmates must ordinarily be given an initial hearing within three (3) work days of the time staff became aware of the inmate's involvement in the incident (excluding the day staff became aware of the incident, weekends, and holidays). You are entitled to be present at the initial hearing. You may make statements or present documentary evidence in your behalf. The UDC must present its decision in writing to you by the close of business the next work day. The UDC may extend the time limits of these procedures for good cause. You must be provided with written reasons for any extension. The UDC will either make final disposition of the incident or refer it to the Discipline Hearing Officer (DHO) for final disposition.

### Discipline Hearing Officer (DHO)

The Discipline Hearing Officer (DHO) conducts disciplinary hearings on serious rule violations. The DHO may not act on a case that has not been referred by the UDC. You will be provided with advance written notice of the charges not less than 24 hours before appearing before the DHO. You may waive this requirement. You will be provided with a full-time staff member to represent you at your request. You may make statements in your own defense and may produce documentary evidence. You may present a list of witnesses and request they testify at the hearing. You may not question a witness at the hearing; the staff representative and/or the DHO will question any witness for you. You may submit a list of questions for the witness(es) to the DHO if there is no staff representative. The DHO will request a statement from all unavailable witnesses whose testimony is deemed relevant. You have the right to be present throughout the DHO hearing, except during deliberations. You may be excluded during appearances of outside witnesses or when institution security could be jeopardized. The DHO may postpone or continue a hearing for good cause. Reasons for the delay must be documented in the record of the hearing. Final disposition is made by the DHO.

### Appeals of Discipline Actions

Appeal of all disciplinary actions may be made through Administrative Remedy Procedures. UDC decisions should be appealed on an RCI Step 1 form. DHO decisions should be appealed on RCI Step Two (2) form and submitted to the Warden or on BOP

Administrative Remedy form and submitted directly to the Bureau of Prisons, Privatization Management Branch .

**On appeal, the following items will be considered.**
- Whether the UDC or DHO substantially complied with the regulations on inmate discipline.
- Whether the UDC or DHO based its decision on facts, or  if there was conflicting evidence, and whether the decision was based on the greater weight of the evidence.
- Whether an appropriate sanction was imposed according to the severity level of the prohibited act and the inmate's behavior and disciplinary record.

The staff member who responds to the appeal may not be involved in the incident in any way. These staff members include UDC members, the DHO, the investigator, the reporting officer, and the staff representative.  At your request, a staff representative may assist you in preparing an appeal.

## Special Housing Unit Status

There are two statuses in the Special Housing Unit: Administrative Segregation and Detention Segregation. Administrative Segregation separates an inmate from the general population. To the extent practical, inmates in Administrative Segregation shall be provided with the same general privileges as inmates in general population

Disciplinary Detention is used as a sanction for violations of rules and regulations. Inmates in Disciplinary Detention may be denied certain privileges.  Personal property will be inventoried and secured by staff. Inmates placed in Disciplinary Detention are provided with blankets, a mattress, a pillow, toilet tissue, and shaving utensils (as necessary).  Inmates may possess legal and religious materials while in Disciplinary Detention. A reasonable amount of nonlegal reading material will be allowed.  Periodic reviews of inmates in Disciplinary Detention will be conducted.  Inmates in Disciplinary Detention and Administrative Segregation shall be seen by a member of the medical staff daily.  Inmates in both Administrative Segregation and Disciplinary Detention are provided with regular reviews of their housing status.

## DISCIPLINARY

So that inmates may live in a safe and orderly environment, it is necessary for institution authorities to impose discipline on those inmates whose behavior is not in compliance with RCI (RCI) and Bureau of Prisons (BOP) rules.  The provisions of this rule apply to all persons committed to the care, custody, and control (direct or constructive) of the Bureau of Prisons.

**The following general principles apply in every disciplinary action taken:**

- Only institution staff may initiate disciplinary action.

- Staff initiate disciplinary action at such times and to the degree necessary to regulate an inmate's behavior within Bureau rules and institution guidelines and to promote a safe and orderly institution environment.
- Staff shall control inmate behavior in a completely impartial and consistent manner.
- Disciplinary action may not be capricious or retaliatory.
- Staff may not impose or allow imposition of corporal punishment of any kind.
- If it appears at any stage of the disciplinary process that an inmate is mentally ill, staff shall refer the inmate to a mental health professional for determination of whether the inmate is responsible for his conduct or is incompetent.
- Staff may take no disciplinary action against an inmate whom  mental health staff determines to be incompetent or not responsible for his conduct.
- A person  is not responsible for his conduct if, at the time of the conduct, the person, as a result of a severe mental disease or defect, was unable to appreciate the nature and quality or the wrongfulness of his acts.
- When a person is determined not responsible for his conduct, the Incident Report is to show as a finding that the person did not commit the prohibited act because that person was found not to be mentally responsible for his conduct.
- A person is incompetent if that person lacks the ability to understand the nature of the disciplinary proceedings, or to assist in his defense at the proceedings.
- When a person is determined incompetent, the disciplinary proceedings shall be postponed until such time as the inmate is able to understand the nature of the disciplinary proceedings and to assist in his defense at those proceedings. If competency is not restored within a reasonable period of time, the Incident Report is to show as a finding that the inmate is incompetent to assist in his or her defense at the disciplinary proceedings.
- Accurate, detailed reports of disciplinary actions shall be maintained in accordance with the requirements of the BOP.

## TIME LIMITS IN DISCIPLINARY PROCESS

1.   **Staff becomes aware of inmates' involvement in incident.**

ordinarily maximum of 24 hours

2.   **Staff gives inmate notice of charges
by delivering Incident Report**

maximum ordinarily of 3 work days from the time staff became aware of the inmate's involvement in the incident. (Excludes the day staff becomes aware of the inmate's involvement, weekends, and holidays.)

*33*



3. **Initial hearing (UDC)**

minimum of **24 hours (DHO Only)**
**(unless waived)**

4. **Discipline Hearing Officer (DHO) Hearing**

NOTE:        These time limits are subject to exceptions as provided in the rules.
Staff may suspend disciplinary proceedings for a period not to exceed two
calendar weeks while informal resolution is undertaken and accomplished.  If
informal resolution is unsuccessful, staff may reinstate disciplinary proceedings
at the same stage at which suspended.  The requirements then begin running
again, at the same point at which they were suspended.

### INMATE RIGHTS AND RESPONSIBILITIES '541.12

| RIGHTS | RESPONSIBILITIES |
|---|---|
| 1. You have the right to expect that as a human being you will be treated respectfully, impartially, and fairly by all personnel. | 1. You have the responsibility to, treat others, both employees and inmates, in the same manner. |
| 2. You have the right to be informed of the rules, procedures, and schedules concerning the operation of the institution. | 2. You have the responsibility to know and abide by them. |
| 3. You have the right to freedom of religious affiliation, and religious worship. | 3. You have the responsibility to recognize and respect the volunteer rights of others in this regard. |
| 4. You have the right to health care, which includes nutritious meals, proper bedding and clothing, and a laundry schedule for cleanliness of the same, an opportunity to shower regularly, proper ventilation for warmth and fresh air, a regular exercise period, toilet articles and medical and dental treatment. | 4. It is your responsibility not to waste food, to follow the laundry and shower schedule, maintain neat and clean living quarters, to keep your area free of contraband, and to seek medical and dental care as you may need it. |

*34*

5.   You have the right to visit and correspond with family members, and friends, and correspond with members of the news media in keeping with Bureau rules and institution guidelines.

5.   It is your responsibility to conduct yourself properly during visits, not to accept or pass contraband, and not to violate the law or Bureau rules or institution guidelines through your correspondence.

6.   You have the right to unrestricted and confidential access to the courts by correspondence (on matters such as the legality of your conviction, civil matters, pending criminal cases, and conditions of your imprisonment.)

6.   You have the responsibility to present honestly and fairly your petitions, questions, and problems to the court.

7.   You have the right to legal counsel from an attorney of your choice by interviews and correspondence.

7.   It is your responsibility to use the services of an attorney honestly and fairly.

8.   You have the right to participate in the use of law library reference materials to assist you in resolving legal problems. You also have the right to receive help when it is available through a legal assistance program. through a legal assistance program.

8.   It is your responsibility to use these resources in keeping with the procedures and schedule prescribed and to respect the rights of other inmates to the use of the materials and assistance.

9.   You have the right to a wide range of reading materials for educational purposes and for your own enjoyment. These materials may include magazines and newspapers sent from the community, with certain restrictions.

9.   It is your responsibility to seek and utilize such materials for your personal benefit, without depriving others of their equal rights to the use of this material.

10.  You have the right to participate in education, vocational training and employment as far as resources

10.  You have the responsibility to take advantage of activities which may help you live a

--

*35*

are available, and in keeping with
your interests, needs, and abilities.
and in the community. You will
be expected to abide by the regulations
governing the use of such activities.

successful and law-abiding
life within the institution

11. You have the right to use your
funds for commissary and other
purchases, consistent with insti-
tutuion security and good order, for
opening bank and/or savings accounts,
and for assisting your family.

11. You have the responsibility to
meet your financial and legal
obligations, including, but
not limited to, court-imposed
assessments, fines, and resti-
tution. You also have the
responsibility to make use of your
funds in a manner consistent with
your release plans, your family
needs, for other obligations that
you may have.

## PROHIBITED ACTS AND DISCIPLINARY SEVERITY SCALE

There are four categories of prohibited acts - Greatest, High, Moderate, and Low Moderate (see Table 3 for identification of the prohibited acts within each category). Specific sanctions are authorized for each category (see Table 4 for a discussion of each sanction). Imposition of a sanction requires that the inmate first is found to have committed prohibited acts.

1.     Greatest Category Offenses. The Discipline Hearing Officer (DHO) shall impose and execute one or more of sanctions A through E. Sanction B.1 must be imposed for a VCCLEA inmate rated as violent (i.e., an inmate who, as specified in the Violent Crime Control and Law Enforcement Act of 1994, committed a crime of violence on or after September 13, 1994) and for a PLRA inmate (i.e., an inmate who has been sentenced for an offense committed on or after April 26, 1996). The DHO may impose and execute sanction F and/or G only in addition to execution of one or more additional sanctions A through G.

2. High Category Offenses. The Discipline Hearing Officer shall impose and execute one or more of sanctions A through M, and, except as noted in the sanction, may also suspend one or more additional sanctions A through M. Sanction B.1 must be imposed for a VCCLEA inmate rated as violent and for a PLRA inmate. The Unit Discipline Committee shall impose and execute one or more of sanctions G through M, and may also suspend one or more additional sanctions G through M. Sanction B.1 must be imposed for a VCCLEA inmate rated as violent and for a PLRA inmate. The Unit Discipline Committee shall impose and execute one or more of sanctions G through M, except for a VCCLEA inmate rated as violent. All high category offense charges for a VCCLEA inmate rated as violent and for a PLRA inmate must be referred to the DHO.

--

36

**3.** ___ Moderate Category Offenses. The Discipline Hearing Officer shall impose at least one sanction A through N, but, except as noted in the sanction, may suspend any sanction or sanctions imposed. Sanction B.1 ordinarily must be imposed for a VCCLEA inmate rated as violent and for a PLRA inmate. Except for charges referred to the DHO, the Unit Discipline Committee (UDC) shall impose at least one sanction G through N, but may suspend any sanction or sanctions imposed. The UDC ordinarily shall refer to the DHO a moderate category charge for a VCCLEA inmate rated as violent or for a PLRA inmate if the inmate had been found to have committed a moderate category offense during the inmate's current anniversary year. (I.e., the twelve-month period of time for which an inmate may be eligible to earn good conduct time). The UDC must thoroughly document in writing the reasons why the charge for such an inmate was not referred to the DHO.

**4.** ___ Low Moderate Category Offenses. The Discipline Hearing Officer shall impose at least one sanction B.1, or E through P. The Discipline Hearing Officer may suspend any E through P sanction or sanctions imposed (a B.1 sanction may not be suspended). Except for charges referred to the DHO, the Unit Discipline Committee shall impose at least one sanction G through P, but may suspend any sanction or sanctions imposed. The UDC ordinarily shall refer to the DHO a low moderate category charge for a VCCLEA inmate rated as violent or for a PLRA inmate if the inmate had been found to have committed two low moderate category offenses during the inmates current anniversary year (i.e., the twelve-month period of time for which an inmate may be eligible to earn good conduct time). The UDC must thoroughly document in writing the reasons why the charge for such an inmate was not referred to the DHO.

Aiding another person to commit any of these offenses, attempting to commit any of these offenses, and making plans to commit any of these offenses, in all categories of severity, shall be considered the same as a commission of the offense itself. In these cases, the letter "A" is combined with the offense code. For example, planning an escape would be considered as Escape and coded 102A. Likewise, attempting the adulteration of any food or drink would be coded 209A.

Suspensions of any sanction cannot exceed six months. Revocation and execution of a suspended sanction require that the inmate first is found to have committed any subsequent prohibited act. Only the Discipline Hearing Officer (DHO) may execute, suspend, or revoke and execute suspension of sanctions A through F. The Discipline Hearing Officer (DHO) or Unit Discipline Committee (UDC) may execute, suspend, or revoke and execute suspensions of sanctions G through P. Revocations and execution of suspensions may be made only at the level (DHO or UDC) which originally imposed the sanction. The DHO now has that authority for suspensions which were earlier imposed by the Inmate Discipline Committee (IDC).

When an inmate receives an Incident Report while on a DHO imposed, but suspended sanction, the new Incident Report is to be forwarded by the UDC to the DHO both for a final disposition on the new Incident Report, and for a disposition on the suspended sanction. This procedure is not necessary when the UDC informally resolves the new Incident Report.

If the Unit Discipline Committee has previously imposed a suspended sanction and subsequently refers a case to the Discipline Hearing Officer, the referral shall include an advisement to the DHO of any intent to revoke that suspension if the DHO finds that the prohibited act was committed. If the DHO then finds that the prohibited act was committed, the DHO shall so advise the Unit Discipline Committee who may then revoke the previous suspension.

The Unit Discipline Committee or Discipline Hearing Officer may impose increased sanctions for repeated, frequent offenses according to the guidelines presented in Table 5.

Sanctions by severity of prohibited act, with eligibility for restoration of forfeited and withheld statutory good time are presented in Table 6. Table 6 contains a chart showing the maximum amount of good time that may be forfeited or withheld and the period of time that must pass before an inmate is eligible for restoration of statutory good time. The chart also shows the maximum amount of time that an inmate may spend in disciplinary segregation. The time frame established in each of these areas is determined by the severity of the prohibited act.

## TABLE 3 - PROHIBITED ACTS AND DISCIPLINARY SEVERITY SCALE
## GREATEST CATEGORY

**The UDC shall refer all Greatest Severity Prohibited Acts to the DHO with recommendations as to an appropriate disposition.**

## CODE  PROHIBITED ACTS

**100**   **Killing**

**101**   **Assaulting any person (includes sexual assault) or an armed assault on the institution's secure perimeter (a charge for assaulting any person at this level is to be used only when serious physical injury has been attempted or carried out by an inmate)**

**102**   **Escape from escort; escape from a secure institution (low, medium, and high security level and administrative institutions); or escape from a minimum institution <u>with</u> violence**

**103**   **Setting a fire (charged with this act in this category only when found to pose a threat to life or a threat of serious  bodily harm or in furtherance of a prohibited act of Greatest Severity, e.g., in furtherance of a riot or escape; otherwise the charge is properly classified Code 218, or 329)**

**104**   **Possession, manufacture, or introduction of a gun, firearm, weapon, sharpened instrument, knife, dangerous chemical, explosive or any ammunition**

**105**   **Rioting**

**106**   **Encouraging others to riot**

**107**   **Taking hostage(s)**

**108**   **Possession, manufacture, or introduction of a hazardous tool (Tools most likely to be used in an escape or escape attempt or to serve as weapons capable of doing**

*38*

serious bodily harm to others; or those hazardous to institutional security or personal safety; e.g., a hacksaw blade)

109    (Not to be used)

110    Refusing to provide a urine sample or to take part in other drug abuse testing

111    Introduction of any narcotics, marijuana, drugs, or related paraphernalia not prescribed for the individual by the medical staff

112    Use of any narcotics, marijuana, drugs, or related paraphernalia not prescribed for the individual by the medical staff

113    Possession of any narcotics, marijuana, drugs, or related paraphernalia not prescribed for the individual by the medical staff

197    Use of the telephone to further criminal activity

198    Interfering with a staff member in the performance of duties. (Conduct must be of the Greatest Severity nature.) This charge is to be used only when another charge of greatest severity is not applicable.

199    Conduct which disrupts or interferes with the security or orderly running of the institution or the Bureau of Prisons. (Conduct must be of the Greatest Severity nature.) This charge is to be used only when another charge of greatest severity is not applicable.

## SANCTIONS

A.    Recommend parole date rescission or retardation.

B.    Forfeit earned statutory good time or non-vested good conduct time (up to 100%) and/or terminate or disallow extra good time (an extra good time or good conduct time sanction may not be suspended).

B.1    Disallow ordinarily between 50 and 75% (27-41 days) of good conduct time credit available for a year (a good conduct time sanction may not be suspended).

C.    Disciplinary Transfer (recommended).

D.    Disciplinary segregation (up to 60 days).

E.    Make monetary restitution.

F.    Withhold statutory good time (Note - can be in addition to A through E - cannot be the only sanction executed).

G.    Loss of privileges (Note - can be in addition to A through E - cannot be the only sanction executed).

### TABLE 3 (Cont.)
### HIGH CATEGORY

## CODE  PROHIBITED ACTS

200    Escape from unescorted Community Programs and activities and Open Institutions (minimum) and from outside secure institutions--without violence.

*39*

201    Fighting with another person

202    (Note to be used)

203    Threatening another with bodily harm or any other offense

204    Extortion, blackmail, protection: Demanding or receiving money or anything of value in return for protection against others, to avoid bodily harm, or under threat of informing

205    Engaging in sexual acts

206    Making sexual proposals or threats to another

207    Wearing a disguise or a mask

208    Possession of any unauthorized locking device, or lock pick, or tampering with or blocking any lock device (includes keys), or destroying, altering, interfering with, improperly using, or damaging any security device, mechanism, or procedure

209    Adulteration of any food or drink

210    (Not to be used)

211    Possessing any officer's or staff clothing

212    Engaging in, or encouraging a group demonstration

213    Encouraging others to refuse to work, or to participate in a work stoppage

214    (Not to be used)

215    Introduction of alcohol into BOP facility

216    Giving or offering an official or staff member a bribe, or anything of value

217    Giving money to, or receiving money from, any person for purposes of introducing contraband or for any other illegal or prohibited purposes

218    Destroying, altering, or damaging government property, or the property of another person, having a value in excess of $100.00 or destroying, altering, damaging life-safety devices (e.g., fire alarm) regardless of financial value

219    Stealing (theft; this includes data obtained through the unauthorized use of a communications facility, or through the unauthorized access to disks, tapes, or computer printouts or other automated equipment on which data is stored.)

220    Demonstrating, practicing, or using martial arts, boxing (except for use of a punching bag), wrestling, or other forms of physical encounter, or military exercises or drill (except for drill authorized and conducted by staff)

221    Being in an unauthorized area with a person of the opposite sex without staff permission

222    Making, possessing, or using intoxicants

223    Refusing to breathe into a breathalyser or take part in other testing for use of alcohol

224    Assaulting any person (charged with this act only when less serious physical injury or contact has been attempted or carried out by an inmate)

297    Use of the telephone for abuses other than criminal activity (e.g., circumventing telephone monitoring procedures, possession and/or use of another inmate's PIN

*40*

number; third-party calling; third-party billing; using credit card numbers to place telephone calls; conference calling; talking in code).

298    Interfering with a staff member in the performance of duties. (<u>Conduct must be of the High Severity nature.</u>) This charge is to be used only when another charge of the high severity is not applicable.

299    Conduct which disrupts or interferes with the security or orderly running of the institution or the Bureau of Prisons. (<u>Conduct must be of the High Severity nature.</u>) This charge is to be used only when another charge of high severity is not applicable.


## SANCTIONS

A.    Recommend parole date rescission or retardation.

B.    Forfeit earned statutory good time or non-vested good conduct time up to 50% or up to 60 days, whichever is less, and/or terminate or disallow extra good time (an extra good time or good conduct time sanction may not be suspended)

B.1    Disallow ordinarily between 25 and 50% (14-27 days) of good conduct time credit available for a year (a good conduct time sanction may not be suspended).

C.    Disciplinary Transfer (recommended).

D.    Disciplinary segregation (up to 30 days).

E.    Make monetary restitution.

F.    Withhold statutory good time

G.    Loss of privileges: commissary, movies, recreation, etc.

H.    Change housing (quarters)

I.    Remove from program and/or group activity

J.    Loss of job

K.    Impound inmates' personal property

L.    Confiscate contraband

M.    Restrict to quarters

## TABLE 3 (Cont.)
## MODERATE CATEGORY

## CODE   PROHIBITED ACTS

300    Indecent Exposure

301    (Not to be used)

302    Misuse of authorized medication

303    Possession of money or currency, unless specifically authorized, or in excess of the amount authorized

304    Loaning of property or anything of valve for profit or increased return

*41*

305    Possession of anything not authorized for retention or receipt by the inmate, and not issued to him through regular channels

306    Refusing to work, or to accept a program assignment

307    Refusing to obey an order of any staff member (May be categorized and charged in terms of greater severity, according to the nature of the order being disobeyed; e.g., failure to obey an order which furthers a riot would be charged as 105, Rioting; refusing to obey an order which furthers a fight would be charged as 201, Fighting; refusing to provide a urine sample when ordered would be charged as Code 110)

308    Violating a condition of a furlough

309    Violating a condition of a community program

310    Unexcused absence from work or any assignment

311    Failing to perform work as instructed by the supervisor

312    Insolence towards a staff member

313    Lying or providing a false statement to a staff member.

314    Counterfeiting, forging or unauthorized reproduction of any document, article of identification, money, security, or official paper. (May be categorized in terms of greater severity according to the nature of the item being reproduced; e.g., counterfeiting release papers to effect escape, Code 102 or Code 200)

315    Participating in an unauthorized meeting or gathering

316    Being in an unauthorized area

317    Failure to follow safety or sanitation regulations

318    Using any equipment or machinery which is not specifically authorized

319    Using any equipment or machinery contrary to instructions or posted safety standards

320    Failing to stand count

321    Interfering with the taking of count

322    (Not to be used)

323    (Not to be used)

324    Gambling

325    Preparing or conducting a gambling pool

326    Possession of gambling paraphernalia

327    Unauthorized contacts with the public

328    Giving money or anything of value to, or accepting money or anything of value from: another inmate, or any other person without staff authorization

329    Destroying, altering or damaging government property, or the property of another person, having a value of $100.00 or less

330    Being unsanitary or untidy; failing to keep one's person and one's quarters in accordance with posted standards

*42*

331    Possession, manufacture, or introduction of a non-hazardous tool or other non-hazardous contraband (Tool not likely to be used in an escape or escape attempt, or to serve as a weapon capable of doing serious bodily harm to others, or not hazardous to institutional security or personal safety; Other non-hazardous contraband includes such items as food or cosmetics).

332    Smoking where prohibited.

397    Use of the telephone for abuses other than criminal activity (e.g., conference calling, possession and/or use of another inmate's PIN number; three-way calling; providing false information for preparation of a telephone list).

398    Interfering with a staff member in the performance of duties. (<u>Conduct must be of the Moderate Severity nature</u>.)  This charge is to be used only when another charge of moderate severity is not applicable.

399    Conduct which disrupts or interferes with the security or orderly running of the institution or the Bureau of Prisons. (<u>Conduct must be of the Moderate Severity nature</u>).  This charge is to be used only when another charge of moderate severity is not applicable.

## SANCTIONS

A.    Recommend parole date rescission or retardation.

B.    Forfeit earned statutory good time or non-vested good conduct time up to 25% or up to 30 days, whichever is less, and/or terminate or disallow extra good time (an extra good time or good conduct time sanction may not be suspended).

B.1    Disallow ordinarily up to 25% (1-14 days) of good conduct time credit available for a year (a good conduct time  sanction may not be suspended).

C.    Disciplinary Transfer (recommended).

D.    Disciplinary segregation (up to 15 days).

E.    Make monetary restitution.

F.    Withhold statutory good time.

G.    Loss of privileges: commissary, movies, recreation, etc.

H.    Change housing (quarters).

I.    Remove from program and/or group activity.

J.    Loss of job.

K.    Impound inmates' personal property.

L.    Confiscate contraband.

M.    Restrict to quarters.

N.    Extra duty.

**TABLE 3 (Cont.)**
**LOW MODERATE CATEGORY**

## CODE   PROHIBITED ACTS

| | |
|---|---|
| 400 | Possession of property belonging to another person |
| 401 | Possessing unauthorized amount of otherwise authorized clothing |
| 402 | Malingering, feigning illness |
| 404 | Using abusive or obscene language |
| 405 | Tattooing or self-mutilation |
| 407 | Conduct with a visitor in violation of Bureau regulations (Restriction, or loss for a specific period of time, of these privileges may often be an appropriate sanction G) |
| 408 | Conducting a business |
| 409 | Unauthorized physical contact (e.g., kissing, embracing) |
| 410 | Unauthorized use of mail (Restriction, or loss for a specific period of time, if these privileges may often be an appropriate sanction G) ( May be categorized and charged in terms of greater severity, according to the nature of the unauthorized use; e.g., the mail is used for planning, facilitating, committing an armed assault on the institution's secure perimeter, would be charged as Code 101, Assault) |
| 497 | Use of the telephone for abuses other than criminal activity (e.g., exceeding the 15-minute time limit for telephone calls; using the telephone in an unauthorized area; placing of an unauthorized individual on the telephone list). |
| 498 | Interfering with a staff member in the performance of duties. Conduct must be of the Low Moderate Severity nature.  This charge is to be used only when another charge of low moderate severity if not applicable. |
| 499 | Conduct which disrupts or interferes with the security or orderly running of the institution or the Bureau of Prisons. (Conduct must be of the Low Moderate severity nature.)  This charge is to be used only when another charge of low moderate severity is not applicable. |

## SANCTIONS

| | |
|---|---|
| B.1 | Disallow ordinarily up to 12.5% (1-7 days) of good conduct time credit available for a year (to be used only where inmate found to have committed a second violation of the same prohibited act within 6 months); Disallow ordinarily up to 25% (1-14 days) of good conduct time credit available for a year (to be used only where inmate found to have committed a third violation of the same prohibited act within 6 months) (a good conduct time sanction may not be suspended).  (See Chapter 4 Page 16 for VCCLEA violent and PLRA inmates.) |
| E. | Make monetary restitution. |
| F. | Withhold statutory good time. |
| G. | Loss of privileges: commissary, movies, recreation, etc. |
| H. | Change housing (quarters). |

*44*

**I.**      **Remove from program and/or group activity.**
**J.**      **Loss of job.**
**K.**      **Impound inmates' personal property.**
**L.**      **Confiscate contraband.**
**M.**      **Restrict to quarters.**
**N.**      **Extra duty.**
**O.**      **Reprimand.**
**P.**      **Warning.**

NOTE:  <u>Aiding</u> another person to commit any of these offenses, <u>attempting</u> to commit any of these offenses, <u>and making plans</u> to commit any of these offenses, in all categories of severity, shall be considered the same as a commission of the offenses itself.

Sanction B.1 may be imposed on the Low Moderate category <u>only</u> where the inmate has committed the same low moderate prohibited act more than one time within a six-month period except for a VCCLEA inmate rated as violent or a PLRA inmate.

## **TABLE 4 SANCTIONS**
<u>Sanctions of the Discipline Hearing Officer</u>:
        (upon finding the inmate committed the prohibited act)

<u>Recommend Parole Date Rescission or Retardation</u>.
        The DHO may make recommendations to the U.S. Parole Commission for retardation or rescission of parole grants.  This may require holding fact-findings hearings upon request of or for the use of the Commission.

<u>Forfeit Earned Statutory Good Time, Non-vested Good Conduct Time, and/or Terminate or Disallow Extra Good Time</u>.
        The statutory good time available for forfeiture is limited to an amount computed by multiplying the number of months served at the time of the offense for which forfeiture action is taken, by the applicable monthly rate specified in 18 U.S.C. ' 4161 (less any previous forfeiture or withholding outstanding).  The amount of good conduct time (GCT) available for forfeiture is limited to the total number of days in the "non-vested" status at the time of the misconduct (less any previous forfeiture).  A forfeiture of good conduct time sanction may not be suspended. Disallowance of extra good time is limited to the extra good time for the calendar month in which the violation occurs.  It may not be withheld or restored.  The sanction of termination or disallowance of extra good time may not be suspended.  Forfeited good conduct time will not be restored.  Authority to restore forfeited statutory good time is delegated to the Warden.  This decision may not be delegated lower than the Associate Warden level.  Limitations on this sanction and eligibility for restoration are based on the severity scale.

*45*

Disallowance of Good Conduct Time.

An inmate sentenced under the Sentencing Reform Act provisions of the Comprehensive Crime Control Act (includes the inmate who committed his or her crime on or after November 1, 1987) may not receive statutory good time, but is eligible to receive 54 days good conduct time credit each year (18 U.S.C. ' 3624(b)). Once awarded, the credit is vested, and may not be disallowed. However for crimes committed on or after September 13, 1994 and prior to April 26, 1996, credit toward an inmate's service of sentence shall not be vested unless the inmate has earned or is making satisfactory progress toward a high school diploma or an equivalent degree, or has been exempted from participation because of a learning disability. For crimes committed on or after April 26, 1996, credit toward an inmate's service of sentence shall vest on the date the inmate is released from custody. Once disallowed, the credit may not be restored, except by immediate review or appeal action as indicated below. Prior to this award being made, the credit may be disallowed for an inmate found to have committed a prohibited act. A sanction of disallowance of good conduct time may not be suspended. Only the DHO can take action to disallow good conduct time. The DHO shall consider the severity of the prohibited act and the suggested disallowance guidelines in making a determination to disallow good conduct time. A decision to go above the guideline range is warranted for a greatly aggravated offense or where there is a repetitive violation of the same prohibited act that occurs within a relatively short time frame (e.g., within 18 months for the same greatest severity prohibited act, within 12 months for the same high severity prohibited act, and within 6 months for the same moderate severity prohibited act). A decision to go below the guidelines is warranted for strong mitigating factors. Any decision outside the suggested disallowance guidelines is to be documented and justified in the DHO report.

VCCLEA inmates rated as violent and PLRA inmates will ordinarily be disallowed good conduct time for each prohibited act they are found to have committed at a DHO hearing, consistent with the following;

- Greatest Category Offenses. A minimum of 40 days (or, if less than 54 days are available for the prorated period, a minimum of 75% of available good time conduct) for each act committed;

- High Category Offenses. A minimum of 27 days (or, if less than 54 days are available for the prorated period, a minimum of 50% of available good conduct time) for each act committed.

- Moderate Category Offenses. A minimum of 13 days (or, if less than 54 days are available for the prorated period, a minimum of 25% of available good conduct time) for each act committed if the inmate has committed two or more moderate category offenses during the current anniversary period.

- Low Moderate Category Offenses. A minimum of 6 days (or, if less than 54 days are available for the prorated period, a minimum of 12.5% of available good conduct time) for each act committed if the inmate has committed three or more low moderate category offenses during the current anniversary period.

--

However, the DHO may, after careful consideration of mitigating factors (seriousness of the offense, the inmate's past disciplinary record, the lack of available good conduct time, etc.) choose to impose a lesser sanction, or even disallow no GCT for moderate and low moderate prohibited acts by VCCLEA inmates rated as violent or by PLRA inmates. The DHO must thoroughly detail the rationale for choosing to disallow less than 13 days or 6 days respectively. This will be documented in Section VII of the DHO report. Disallowance of amounts greater than 13 days or 6 days respectively will occur with repetitive offenses consistent with the guidelines in this B.1.

The decision of the DHO is final and is subject only to review by the Warden or Bureau of Prisons to ensure conformity with the provisions of the disciplinary policy and by inmate appeal through the administrative remedy program. The DHO is to ensure that the inmate is notified that any appeal of a disallowance of good conduct time must be made within the time frames established in the Bureau's rule on administrative remedy procedures.

Except for VCCLEA inmates rated as violent or PLRA inmates, Sanction B.1 may be imposed on the Low Moderate category only where the inmate has committed the same low moderate prohibited act more than one time within a six-month period.

- <u>Recommend Disciplinary Transfer</u>. The DHO may recommend that an inmate be transferred to another institution for disciplinary reasons.

Where a present or impending emergency requires immediate action, the Warden may recommend for approval of the Regional Director the transfer of an inmate prior to either a UDC or DHO hearing. Transfers for disciplinary reasons prior to a hearing before the UDC or DHO may be used in emergency situations and only with approval of the Regional Director. When an inmate is transferred under these circumstances, the sending institution shall forward copies of incident reports and other relevant materials with completed investigation to the receiving institution's Discipline Hearing Officer. The inmate shall receive a hearing at the receiving institution as soon as practicable under the circumstances to consider the factual basis of the charge of misconduct and the reasons for the emergency transfer. All procedural requirements applicable to UDC or DHO hearings contained in this rule are appropriate, except that written statements of unavailable witnesses are liberally accepted instead of live testimony.

- <u>Disciplinary Segregation</u>. The DHO may direct that an inmate be placed or retained in disciplinary segregation pursuant to guidelines contained in this rule. Consecutive disciplinary segregation sanctions can be imposed and executed for inmates charged with and found to have committed offenses that are part of different acts only. Specific limits on time in disciplinary segregation are based on the severity scale.

- <u>Make Monetary Restitution</u>. The DHO may direct that an inmate reimburse the U.S. Treasury for any damages to U.S. Government property that the individual is determined to have caused or contributed to.

--

*47*

• <u>Withholding Statutory Good Time</u>. The DHO may direct that an inmate's good time be withheld. Withholding of good time should not be applied as a universal punishment to all persons in disciplinary segregation status. Withholding is limited to the total amount of good time creditable for the single month during which the violation occurs.

Some offenses, such as refusal to work at an assignment, may be recurring, thereby permitting, when ordered by the DHO, consecutive withholding actions. When this is the intent, the DHO shall specify at the time of the initial DHO hearing that good time may be withheld until the inmate elects to return to work. During the running of such a withholding order, the DHO shall review the offense with the inmate on a monthly basis. For an ongoing offense, staff need not prepare a new Incident Report or conduct an investigation or initial hearing (UDC). The DHO shall provide the inmate an opportunity to appear in person and to present a statement orally or in writing. The DHO shall document its action on, or by an attachment to, the initial Institution Discipline report. If further withholding is ordered, the DHO shall advise the inmate of the inmate's right to appeal through the Administrative Remedy procedures (Part 542).

Only the Warden may restore withheld statutory good time. This decision may not be delegated lower than the Associate Warden level. Restoration eligibility is based on the severity scale.

<u>Sanctions of the Discipline Hearing Officer/Unit Discipline Committee</u>:
(upon finding the inmate committed the prohibited act)

• <u>Loss of Privileges</u>: The DHO or UDC may direct that an inmate forego specific privileges for a specified period of time. Ordinarily, loss of privileges is used as a sanction in response to an abuse of that privilege. However, the DHO or UDC may impose a loss of privilege sanction not directly related to the offense when there is a lack of other appropriate sanctions or when imposition of an appropriate sanction previously has been ineffective. While on Commissary Restriction an inmate may purchase hygiene items listed in this handbook under "Indigent Status" and telephone time.

• <u>Change Housing (Quarters)</u>. The DHO or UDC may direct that an inmate be removed from current housing and placed in other housing.

• <u>Remove from Program and/or Group Activity</u>. The DHO or UDC may direct that an inmate forego participating in any program or group activity for a specified period of time.

• <u>Loss of Job</u>. The DHO or UDC may direct that an inmate be removed from present job and/or be assigned to another job.

• <u>Impound Inmate's Personal Property</u>. The DHO or UDC may direct that an inmate's personal property be stored in the institution (when relevant to offense) for a specified period of time.

--

•    <u>Confiscate Contraband</u>. The DHO or UDC may direct that any contraband in the possession of an inmate be confiscated and disposed of appropriately.

•    <u>Restrict Quarters</u>. The DHO or UDC may direct that an inmate be confined to quarters or in its immediate area for a specified period of time.

•    <u>Extra Duty</u>. The DHO or UDC may direct that an inmate perform tasks other than those performed during regularly assigned institutional job.

•    <u>Reprimand.</u> The DHO or UDC may reprimand an inmate either verbally or in writing.

•    <u>Warning</u>. The DHO or UDC may verbally warn an inmate regarding committing prohibited act(s).

## TABLE 5
## SANCTIONS FOR REPETITION OF PROHIBITED ACTS WITHIN SAME CATEGORY

When the Unit Discipline Committee or DHO finds that an inmate has committed a prohibited act in the Low Moderate, Moderate, or High category, and when there has been a repetition of the same offense(s) within recent months (offenses for violation of the same code), increased sanctions are authorized to be imposed by the DHO according to the following chart. (<u>Note</u>: An informal resolution may not be considered as a prior offense for purposes of this chart.)

| Prior Offense | Frequency | Offense | Sanction Permitted |
|---|---|---|---|
| Low Moderate (400 Series) | 6 Months | Second (2nd) Offense | Low Moderate Sanctions Plus |
| | | | 1.    Disciplinary Segregation, up to 7 days. |
| | | | 2.    Forfeit earned SGT or Non-Vested GCT up to 10% or up to 15 days, whichever is less, and/or terminate or disallow extra good time (EGT) (an EGT sanction may not be suspended). |
| | | Third (3rd) Offense | Any sanctions available in Moderate (300) and Low Moderate (400) series. |

--

*49*

| | | | |
|---|---|---|---|
| **Moderate (300 Series)** | **12 Months** | **Second (2nd) Offense** | **Moderate Sanctions (A, C, E-N) plus** |
| | | | 1. Disciplinary Segregation, Up to 21 days. |
| | | | 2. Forfeit earned SGT or Non-Vested GCT up to 37 1/2% or up to 45 days, whichever is less, and/or terminate or disallow extra good time (EGT) (an EGT sanction may not be suspended). |
| | **Or More** | **Third (3rd) Offense** | **Any sanctions available in Moderate (300) and High (200) series.** |
| **High** | **18 Months** | **Second (2nd) Offense** | **High Sanction (A, C, E - M), plus** |
| | | | 1. Disciplinary Segregation, up to 45 days |
| | | | 2. Forfeit earned SGT or Non-VestedGCT up to 75% or up to 90 days, whichever is less, and/or terminate or disallow extra good time (EGT) (an EGT sanction may not be suspended). |
| | | **Third (3rd) Offense** | **Any sanctions available in High (200) and Greatest (100) series** |

--

*50*

## TABLE 6
## SANCTIONS BY SEVERITY OF PROHIBITED ACT, WITH ELIGIBILITY FOR RESTORATION OF FORFEITED AND WITHHELD STATUTORY GOOD TIME

| Severity Of Act | Sanctions | Max. Amt. Forfeited GCT | Max. Amt. W/hd SGT | Elig. Restoration | Eligibility Restoration | Max. Dis. Seg. |
|---|---|---|---|---|---|---|
| Greatest | A B F | 100% | Good Time creditable for single month during which violation occurs. Applies to all Categories. | 24 Months | 18 Months | 60 Days |
| High | A B M | 50% or 60 days, whichever Is less. | | 18 Months | 18 Months | 30 Days |
| Moderate | A B N | 25% or 30 days, whichever is less. | | 12 Months | 12 Months | 15 Days |
| Low Moderate | E B P | N/A | | N/A (1st offense) | 30 Months | N/A (1st offence) |
| | | | | 60 Months (2nd or 3rd offense) in same category within six months. | | 7 days (2nd offense) |
| | | | | | | 15 days (3rd offense) |

**NOTE**:  In Table headings, "GT" represents both good conduct and statutory good time and "SGT" represents statutory good time. Forfeited good conduct time is not eligible for restoration. Restoration of statutory good time will be approved at the time of initial eligibility only when the inmate has shown a period of time with improved good behavior.  When the Warden or his delegated representative denies restoration of forfeited or withheld statutory good time, the unit team shall notify the inmate of the reasons for denial.  The unit team shall establish a new eligibility date, not to exceed six months from the date of denial.

An inmate with an approaching parole effective date, or an approaching mandatory release or expiration date who has forfeited good time may be placed in a Community Treatment Center only if that inmate is otherwise eligible under Bureau policy, and if there exists a legitimate documented need for such placement.  The length of stay at the Community Treatment Center is to be held to the time necessary to establish residence and employment.

--

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**CHARLES E. FORRESTER, JR.,**

        **Plaintiff,**

    **v.**                      **Civil Action No. 06-1954 (HHK)**

**FEDERAL BUREAU OF PRISONS, et al.,**

        **Defendants.**


**ORDER**

      UPON CONSIDERATION of the Defendants' Motion to Dismiss the remaining claim that

Rivers Correctional Institution does not provide "marketable vocational training" or "marketable

vocational opportunities," along with the supplemental memorandum and attachments, it is this _____

day of _____, 2007

      HEREBY ORDERED that the Defendants' Motion to Dismiss is Granted.



Date _____                   _____

                                        United States District Judge