IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES E. FORRESTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1954 (HHK) |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENLARGEMENT OF TIME TO REPLY
TO PLAINTIFF'S RESPONSE TO DEFENDANT'S
SUPPLEMENTAL MOTION TO DISMISS**

Defendant requests until December 13, 2007, to reply to Plaintiff's Response to Defendant's Supplemental Motion to Dismiss. The reason for the additional time is the following:

1. The undersigned counsel and agency counsel spoke about preparing a response to Plaintiff's opposition. Because of the allegations raised in the opposition, agency counsel needs additional time to consult with personnel within the Federal Bureau of Prisons before a response can be prepared.

2. The defendant has not conferred with plaintiff, who is *pro se,* because plaintiff is incarcerated.[1]  An order granting the relief sought is attached hereto.

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LcvR 16.3(a).

       Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

Dated: November 29, 2007

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 29th day of November, 2007, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff, *pro se*:

CHARLES E. FORRESTER, JR.
R 09565-007
Rivers Correctional Institution
P.O. Box 630
Winston, NC 27986

    /s/_____
BLANCHE L. BRUCE
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES E. FORRESTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1954 (HHK) |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that the defendant shall have up to and including December 13, 2007, in which to respond to the Plaintiff's Response in Opposition to the Defendant's Supplemental Motion to Dismiss.


Date _____        _____
                                  UNITED STATES DISTRICT JUDGE