UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES E. FORRESTER, JR,**<br><br>Plaintiff,<br><br>v.<br><br>**FEDERAL BUREAU OF PRISONS** *et al.*,<br><br>Defendants. | Civil Action 06-1954  (HHK) |

## ORDER

For the reasons stated in the accompanying Memorandum and in the Memorandum Opinion of September 12, 2007, it is

**ORDERED** that defendants' supplemental motion to dismiss [Dkt. No. 20] is **GRANTED**; it is

**FURTHER ORDERED** that plaintiff's motion to take judicial notice [Dkt. No. 24] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**.  This is a final appealable Order.

_____s/s_____
Henry H. Kennedy, Jr.
United States District Judge

Date: March 26, 2008